ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for Defendant
UNITED STATES OF AMERICA



**FILED**
DISTRICT COURT OF GUAM

JUN 15 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| SHAUNANNETTE D. WATSON and GEORGE L. WATSON,<br><br>  Plaintiffs,<br><br>vs.<br><br>GARRY M. PASCOE, AMERICAN HOME ASSURANCE COMPANY, and DOE DEFENDANTS 1-10,<br><br>  Defendants. | CIVIL NO. **06-00016**<br><br>NOTICE OF REMOVAL OF CIVIL ACTION; EXHIBIT A; CERTIFICATE OF SERVICE |

Upon direction of the Attorney General of the United States and pursuant to Title 28, United States Code, Sections 1441, 1442, 1444 and 1446, the undersigned attorneys on behalf of Defendant United States of America, on behalf of the United States Air Force, hereby give notice of the removal of the above-captioned civil action to the United States District Court for the District of Guam. The grounds for this removal are as follows:

1. On March 12, 2002, a Complaint was filed by plaintiffs against defendants, in the Superior Court of Guam, Territory of Guam. The Superior Court action is numbered Civil No. CV 0318-02.

2. A copy of the Complaint and Summons, relating to the said Superior Court action was received in the United States Attorney's Office on August 26, 2004. A copy of the Complaint and Summons, is attached hereto as Exhibit A.

3. The above-named action is a civil action which may be removed to this court by Defendant United States of America, pursuant to the provisions of Title 28, United States Code, Sections 1441, 1442, 1444 and 1446 in that this action is an action involving a Federal Tort Claims Act (FTCA), 28 U.S.C. § 2671 et seq. arising out of an accident which occurred on March 13, 2000, within the Andersen Air Force Base.

WHEREFORE, Defendant United States of America gives notice that the above action now pending against it in the Superior Court of Guam, Territory of Guam, is removed therefrom to this Court.

This Notice of Removal is signed pursuant to Rule 11, Federal Rules of Civil Procedure.

DATED: Hagatna, Guam, June 15, 2006.

LEONARD M. RAPADAS
United States Attorney
Districts of Guam and CNMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2006, I caused to be served by personal service a copy of the foregoing Notice of Removal of Civil Action; Exhibit A; Certificate of Service, in the entitled case <u>Shaunannette D. Watson and George L. Watson v. Garry M. Pascoe, American Home Assurance Company, and Doe Defendants 1-10</u>, to the following attorneys:

TERENCE E. TIMBLIN, Esq.
Maher, Yanza, Flynn, Timblin, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagatna, Guam 96910

WAYSON W. WONG, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203
Hagatna, Guam 96910

_____
FRANCES B. LEON GUERRERO
Legal Assistant

Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203
Hagatna, Guam 96910
Phone: 475-7448

Attorney for Plaintiffs

IN THE SUPERIOR COURT OF GUAM

CV 0318-02

| | |
|---|---|
| SHAUNANNETTE D. WATSON and GEORGE L. WATSON,<br><br>    Plaintiffs,<br><br>vs.<br><br>GARRY M. PASCOE, AMERICAN HOME ASSURANCE COMPANY, and DOE DEFENDANTS 1 – 10,<br><br>    Defendants. | CIVIL CASE NO.<br><br>COMPLAINT; DEMAND FOR JURY TRIAL OF SIX |

## COMPLAINT

Plaintiffs Shaunannette D. Watson (Ms. Watson) and George L. Watson (Mr. Watson), by and through their attorney, Wayson W. S. Wong, Esq., of the Law Offices of Wayson Wong, A Professional Corporation, as claims for relief against defendants, allege as follows.

### FIRST COUNT

1. At all times relevant, Ms. Watson has been an adult resident of Guam.

2. At all times relevant, Mr. Watson has been an adult resident of Guam.

3. At all times relevant, Ms. Watson and Mr. Watson have been married.




4. At all times relevant, defendant Garry M. Pascoe (Mr. Pascoe) has been an adult resident of Guam.

5. At all times relevant, defendant American Home Assurance Company (American Home) has been an insurance company authorized to do business in Guam.

6. Doe Defendants 1 – 10 are sued herein under fictitious names for the reason that, despite diligent and good faith efforts to obtain information, their true names and identities are presently unknown to plaintiffs, except that they have been connected in some manner with the named defendant(s) and/or have been employees, employers, agents, representatives, co-venturers, associates, vendors, suppliers, manufacturers, subcontractors or contractors of the named defendant(s); and/or have been in some manner presently unknown to plaintiffs, engaging in the activities alleged herein; and /or have been in some manner responsible for the injuries or damages to plaintiffs; and that their true names, identities, capacities, activities and/or responsibilities are presently unknown to plaintiffs and their attorneys. Plaintiffs ask leave of this Court to identify the Doe Defendants 1 – 10, if and when their identities are ascertained.

7. This Court has jurisdiction of this action pursuant to 48 U.S.C. §1424, as amended, and 7 G.C.A. §3105 and jurisdiction over the defendants.

8. On March 13, 2000, Mr. Pascoe, approaching the car driven by Ms. Watson from her rear, crashed his car into the driver's side of Ms. Watson's car as she was attempting to make a left turn.

9. That collision was caused by the negligence of Mr. Pascoe.

10. As a legal cause of the collision and the negligence of Mr. Pascoe, Ms. Watson has suffered injuries to her body, for which she has incurred medical and other health care expenses and will continue to incur such expenses.

11. As a legal cause of the collision and the negligence of Mr. Pascoe, Ms. Watson has lost income and may continue to lose income.

12. As a legal cause of the collision and the negligence of Mr. Pascoe, Ms. Watson has had pain and suffering, the loss of enjoyment of life, and mental and emotional distress and probably will continue to incur the same.

13. Mr. Pascoe is liable to Ms. Watson for her injuries and damages.

## SECOND COUNT

14. Plaintiffs reallege paragraphs 1 – 13 of this Complaint.

15. As a legal cause of the collision and the negligence of Mr. Pascoe, Mr. Watson has lost consortium with respect to Ms. Watson and continues to suffer such loss.

16. Mr. Pascoe is liable to Mr. Watson for his damages.

## THIRD COUNT

17. Plaintiffs reallege paragraphs 1 – 13 and 15 - 16 of this Complaint.

18. American Home issued a policy of liability insurance under which Mr. Pascoe was an insured.

19. That policy was in full force on March 13, 2000.

20. That policy provided coverage for liability by Mr. Pascoe for bodily injuries and/or damages to Mr. and Ms. Watson.

21. Pursuant to 22 G.C.A. §18305, plaintiffs are entitled to maintain this direct action against American Home and to recover from it for their injuries and damages, up to the applicable policy limits.

WHEREFORE, plaintiffs pray as follows:

a. That judgment be entered in their favor against defendants, jointly and severally, for plaintiffs' special and general damages;

3

b. That they be awarded appropriate interest;

c. That they be awarded their attorney's fees and costs; and

d. That the Court grant such other and further relief as it deems appropriate.

Dated: Hagatna, Guam, March 12, 2002.

_____
Wayson W. S. Wong
Attorney for Plaintiffs

4

IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| SHAUNANNETTE D. WATSON and ) <br> GEORGE L. WATSON, ) <br>      ) <br>   Plaintiffs, ) <br>      ) <br> vs.   ) <br>      ) <br> GARRY M. PASCOE, AMERICAN ) <br> HOME ASSURANCE COMPANY, ) <br> and DOE DEFENDANTS 1 – 10, ) <br>      ) <br>   Defendants. ) <br> _____) | CIVIL CASE NO. _____ <br><br> DEMAND FOR JURY TRIAL <br> OF SIX |

## DEMAND FOR JURY TRIAL OF SIX

Plaintiffs, by and through their attorney, Wayson W. S. Wong, of the Law Offices of Wayson Wong, A Professional Corporation, demand a jury trial of six on all issues so triable herein.

Dated: Hagatna, Guam, March 12, 2002.

_____
Wayson W. S. Wong
Attorney for Plaintiffs

Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203
Hagatna, Guam 96910
Phone: 475-7448

Attorney for Plaintiffs

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| SHAUNANNETTE D. WATSON and GEORGE L. WATSON,<br><br>Plaintiffs,<br><br>vs.<br><br>GARRY M. PASCOE, AMERICAN HOME ASSURANCE COMPANY, and DOE DEFENDANTS 1 – 10,<br><br>Defendants. | CIVIL CASE NO. CV 0318-02<br><br>SUMMONS |

### SUMMONS

TO: THE ABOVE-NAMED DEFENDANTS:

You are hereby summoned and required to serve upon Wayson W. S. Wong, Esq., plaintiffs' attorney, whose address is 142 Seaton Blvd., Suite 203, Hagatna, Guam 96910, an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

A failure to obey this summons may result in an entry of default and default judgment against the disobeying person or party.

Dated: Hagatna, Guam, __**MAR 12 2002**__.

CLERK OF COURT,
SUPERIOR COURT OF GUAM

*Charlene T. Santos*
_____
DEPUTY CLERK

2