ORIGINAL

PASCOE writ.wpd

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

FILED
DISTRICT COURT OF GUAM
JUN 15 2006
MARY L.M. MORAN
CLERK OF COURT

Attorneys for UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| SHAUNANNETTE D. WATSON and GEORGE L. WATSON,<br><br>Plaintiffs,<br><br>vs.<br><br>GARRY M. PASCOE, AMERICAN HOME ASSURANCE COMPANY, and DOE DEFENDANTS 1-10,<br><br>Defendants. | CIVIL NO. 06-00016<br><br>APPLICATION BY DEFENDANT UNITED STATES OF AMERICA FOR WRIT OF CERTIORARI ORDERING THE RECORDS FROM THE SUPERIOR COURT OF GUAM |

Comes now LEONARDO M. RAPADAS, United States Attorney and MIKEL W. SCHWAB, Assistant United States Attorney for the Districts of Guam and NMI, and states that on June 15, 2006, this action was removed to this Court from the Superior Court of Guam, Territory of Guam. The action was removed to this Court by Defendant United States of America pursuant to the provisions of Title 28, United States Code, §§ 1441, 1442, 1444, 1446 and 2409a..

Since pleadings have been filed with the Superior Court of Guam, prior to the date of removal to this Court, it is necessary to have the entire record of proceedings of this action in the Superior Court of Guam, transmitted to this Court.

Accordingly, Defendant United States of America prays that an order be issued directing the Clerk of this Court to issue a Writ of Certiorari directed to the Clerk of the Superior Court of Guam, directing that official to certify and transmit the entire record of the proceedings

in the Superior Court of Guam, to this Court and further to direct the Superior Court of Guam, to proceed no further in this cause.

DATED: Hagatna, Guam, June 15, 2006

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney