LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the UNITED STATES OF AMERICA

FILED
DISTRICT COURT OF GUAM
JUN 15 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| SHAUNANNETTE D. WATSON and GEORGE L. WATSON,<br><br>Plaintiffs,<br><br>vs.<br><br>GARRY M. PASCOE, AMERICAN HOME ASSURANCE COMPANY, and DOE DEFENDANTS 1-10,<br><br>Defendants. | CIVIL NO. 06-00016<br><br>NOTICE OF APPLICATION BY THE UNITED STATES FOR A WRIT OF CERTIORARI ORDERING THE RECORDS FROM THE SUPERIOR COURT OF GUAM |

TO: TERENCE E. TIMBLIN, Esq.
Maher, Yanza, Flynn, Timblin, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagatna, Guam 96910

WAYSON W. WONG, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203
Hagatna, Guam 96910

PLEASE TAKE NOTICE that on June 15, 2006, Defendant UNITED STATES OF AMERICA, filed its Application by the United States for a Writ of Certiorari ordering the records from the Superior Court of Guam with the District Court of Guam and requested that the Superior Court of Guam for the Territory of Guam be ordered to convey all files and documents to the District Court of Guam pursuant to 28 U.S.C. § 1446.

DATED: June 15, 2006, Hagatna, Guam.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: /s/
MIKEL W. SCHWAB
Assistant U.S. Attorney