LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for Defendant
UNITED STATES OF AMERICA

FILED
DISTRICT COURT OF GUAM
JUN 2 9 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| SHAUNANNETTE D. WATSON and GEORGE L. WATSON,<br><br>　　　　Plaintiffs,<br>vs.<br><br>GARRY M. PASCOE, AMERICAN HOME ASSURANCE COMPANY, and DOE DEFENDANTS 1-10,<br><br>　　　　Defendants. | CIVIL NO. 06-00016<br><br>ORDER DIRECTING CLERK TO ISSUE WRIT OF CERTIORARI |

　　　　The application of the Defendant United States of America, for an order directing the Clerk of this Court to issue a Writ of Certiorari to the Clerk of the Superior Court of Guam, requiring the Clerk and Court to transmit to this Clerk and Court the records of the Court in the above-entitled action having been filed and this Court having considered the application and all the matters in the premises, and good cause appearing therefor;

　　　　IT IS HEREBY ORDERED that the Clerk of this Court issue a Writ of Certiorari directed to the Clerk of the Superior Court of Guam and to the Judges thereof, commanding the Clerk of the Superior Court of Guam, to certify and transmit to this Court the record and proceedings in the above-entitled action, Superior Court Case CV0318-02, and to include therewith all pleadings, papers, orders, transcripts, and records therein.

1  IT IS FURTHER ORDERED that the Clerk of this Court issue a Writ of
2  Certiorari directed to the Clerk and the Judges of the Superior Court of Guam, commanding and
3  requiring them to proceed no further in the above-entitled case.

4  DATED: Hagatna, Guam, _June 29 2006_

_/s/ Wm. Fremming Nielsen_
WM. FREMMING NIELSEN
UNITED STATES DISTRICT JUDGE