1  LEONARDO M. RAPADAS
   United States Attorney
2  MIKEL W. SCHWAB
   Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
4  Tel: (671) 472-7332
   Fax: (671) 472-7215
5
   Attorneys for UNITED STATES OF AMERICA
6

7

8                 IN THE UNITED STATES DISTRICT COURT

9                     FOR THE DISTRICT OF GUAM

10
   SHAUNANNETTE D. WATSON and        )    CIVIL NO. **06-00016**
11 GEORGE L. WATSON,                  )
                                      )
12              Plaintiffs,           )
         vs.                          )    WRIT OF CERTIORARI TO THE
13                                    )    SUPERIOR COURT OF GUAM,
                                      )    TERRITORY OF GUAM
14 GARRY M. PASCOE, AMERICAN HOME)
   ASSURANCE COMPANY, and DOE        )
15 DEFENDANTS 1-10,                   )
                                      )
16              Defendants.           )
   _____)

17

18

19 TO:   **The Judges and Clerk of the Court of the Superior Court of Guam, Territory of
            Guam, Greetings**:
20

21          We being desirous that our United States District Court for the District of Guam

22 shall be certified of a certain issue commenced in the Superior Court of Guam, Territory of

23 Guam, entitled, Shaunannette D. Watson, et. al. v. Garry M. Pascoe, et. al., Superior Court Civil

24 Action CV0318-02, be duly removed to this Court, do hereby command that you certify and

25 transmit the record and proceedings in the said cause to the United States District Court for the

26 District of Guam, within ten days of the date hereof, together with this Writ, that our said Court

27 may cause to be further done thereupon what of right ought to be done.

28

We further command and require you to proceed no further in the above-entitled case.

DATED: Hagatna, Guam, _July 3, 2006_.


_Mary J.M. Mora_
CLERK OF THE COURT
UNITED STATES DISTRICT COURT



RECEIVED
JUN 15 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM