

SUPERIOR COURT OF GUAM
Guam Judicial Center • 120 West O'Brien Drive • Hagåtña, Guam 96910

Telephone (671) 475-3340
Fax (671) 477-1500

**RICHARD B. MARTINEZ**
Clerk of Courts, Acting

July 11, 2006

Mary L. Moran
Clerk of Court
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña Guam 96910

**FILED**
DISTRICT COURT OF GUAM
JUL 13 2006
MARY L.M. MORAN
CLERK OF COURT

Re: District Court Case No. CV06-00016
Superior Court Case No. CV0318-02

Caption:

SHAUNANNETTE D. WATSON and GEORGE L. WATSON Vs.
GARRY M. PASCOE, AMERICAN HOME ASSURANCE COMPANY, and DOE DEFENDANTS 1-10,

Dear Ms. Moran,

Transmitted herewith are certified copies of the above-entitled case pursuant to the Order filed at District Court on July 03, 2006 together with the Clerk's Certificate of Transmittal.

Sincerely,

RICHARD B. MARTINEZ
Clerk of Court
Superior Court of Guam

cc: Atty. Wayson S. Wong
    Atty. Terence E. Timblin

IN THE SUPREME COURT OF GUAM
HAGÅTÑA, GUAM

| | |
|---|---|
| Shaunanette D. Watson and<br>George L. Watson,<br><br>           Plaintiffs-Appellants.<br><br>Vs.<br><br>Garry M. Pascoe, American Home Assurance<br>Company, and DOE Defendants 1-10,<br>           Defendants-Appellees. | DISTRICT COURT<br>CASE NO. CV06-00016<br><br>SUPERIOR COURT<br>CASE NO. CV0318-02 |

## CLERK'S CERTIFICATE OF TRANSMITTAL

The Clerk of the Superior Court of Guam do hereby transmit to the Appellate Division of the Supreme Court of Guam of a certified copy of the Record on Appeal filed on the above entitled case to wit;

***01.*** Complaint; Demand for Jury Trial of Six filed 03/12/02.

***02.*** Docketing Statement filed 03/12/02.

***03.*** Summons filed 03/12/02.

***04.*** Judge Assignment filed 03/21/02.

***05.*** Declaration of Service filed 10/29/02.

***06.*** Declaration of Garry M. Pascoe in Support of Defendants Motion for Summary Judgment filed 04/06/04

***07.*** Notice of Motion and Motion for Summary Judgment file 04/07/04.

***08.*** Notice to take Deposition upon Oral Examination; Certificate of Service filed 07/19/04.

*09.* Notice of taking Deposition upon Oral Examination Certificate of Service filed 08/06/04.

*10.* Notice of Rescheduled Motion Hearing filed 08/09/04.

*11.* Stipulation to move hearing date for Defendant's Motion for Summary Judgment Order filed 8/11/04.

*12.* Declaration of Service filed 08/19/04.

*13.* Request for Entry of Default; Declaration of Wayson W.S. Wong including Declaration of Non-Military Service; Certificate of Service filed 09/08/04.

*14.* Opposition to Plaintiff's request for Entry of Default filed 09/10/04.

*15.* Speed Memo; Entry of Default filed 09/13/04.

*16.* Certificate of Service filed 10/04/04.

*17.* Order; Second Stipulation to move hearing date for Defendant's Motion for Summary Judgment; Order filed 10/04/04.

*18.* Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment; Exhibits "A-D"; Declaration of Wayson W.S. Wong; Certificate of Service filed 11/03/04.

*19.* Notice of Plaintiff's Motion for Leave to file First Amended Complaint filed 11/03/04.

*20.* Plaintiff's Motion for Leave to file First Amended Complaint; Exhibit "A"; Memorandum in Support of Motion Certificate of Service filed 11/03/04.

*21.* Opposition to Plaintiff's Motion for Leave to file First Amended Complaint filed 11/05/04.

District Court Case No: CV06-00016
Superior Court Case No.: CV0318-02

22. Reply; Memorandum in Support Defendant's Motion for Summary Judgment Filed 11/05/04.

23. Stipulation to have hearing date for Plaintiff's Motion for Leave to file First Amended Complaint and Order filed 11/10/04.

24. Plaintiff's Reply Memorandum in Support of Plaintiff's Motion for Leave to file First Amended Complaint; Exhibits "A-D" Certificate of Service filed 11/10/04.

25. Notice of Plaintiff's Motion for Leave to file First Amended Complaint filed 11/12/04.

26. Submission of Documentation of Tender of Claim to United States filed 11/15/04.

27. Certificate of Service filed 11/19/04.

28. Defendant's American Home Assurance Company's Submission of Insurance Policy Filed 12/07/04.

29. Decision and Order filed 01/18/06.

30. Notice of Entry on Docket and Declaration of Mailing filed 01/18/06.

31. Affidavit of Service filed 01/25/06.

32. Affidavit of Service filed 01/25/06.

33. Notice of Hearing filed 01/26/06.

34. Affidavit of Service filed 02/03/06.

35. Affidavit of Service filed 02/03/06.

36. Certificate of Service filed 03/14/06.

Page 4
District Court Case No. CV06-00016
Superior Court of Guam Case No.: CV0318-02

37. Memorandum of Points and Authorities in Support Petition for Certification that Defendant Pascoe was acting in the course of Federal Employment filed 03/14/06.

38. Petition for Certification that Defendant Pascoe was acting in the course of Federal Employment filed 03/14/06.

39. Notice of Hearing on Petition for Certification that Defendant Pascoe was acting in the Course of Federal Employment filed 03/29/06.

40. Declaration of Mailing filed 04/03/06.

41. Plaintiff's Memorandum in Opposition to Petition for Certification that Defendant Pascoe Was acting in the course of Federal Employment; Certificate of Service filed 05/16/06.

42. Reply Memorandum in Support of Petition for Certification that Defendant Pascoe was Acting in the course of Federal Employment; Certificate of Service filed 05/18/06.

43. Notice of Filing of Notice of Removal of Civil Action; Attachment; Certificate of Service Filed 06/15/06.

44. Writ of Certiorari to the Superior Court of Guam, Territory of Guam Filed 07/03/06.

45. Order Directing Clerk to Issue Writ of Certiorari filed 07/03/06.

Dated: July 13, 2006

RICHARD B. MARTINEZ
CLERK OF COURT
SUPERIOR COURT OF GUAM

*Prepared by: T.S.P.

```
SHAUNANETTE D. WATSON and          ) CASE NO: CV0318-02
GEORGE L. WATSON,                  )
                                   )
            Plaintiffs,            )
                                   )
     VS.                           )
                                   )
GARRY M. PASCOE, AMERICAN HOME     )
ASSURANCE COMPANY, and DOE         )
DEFENDANTS 1-10,                   )
                                   )
            Defendants.            )
_____)
```

| | |
|---|---|
| JUDGE | JUDGE MICHAEL J. BORDALLO |
| ATTORNEYS | TERENCE E TIMBLIN, ATTORNEY FOR PASCOE, GARRY M. |
| | WAYSON WS WONG, ATTORNEY FOR WATSON, SHAUNANNETTE D. |
| | WAYSON WS WONG, ATTORNEY FOR WATSON, GEORGE L. |

```
 FILING     PROCEEDINGS
 DATE         COMMENT

03/12/2002  COMPLAINT
              DEMAND FOR JURY TRIAL OF SIX
              SUB BY WAYSON W.S. WONG
03/12/2002  CASH REGISTER TRANS
              CK 80.00   CASH 40.00 BOH DTD 03/12/02
03/12/2002  CASH REGISTER TRANS
              CK 80.00   CASH 40.00 BOH DTD 03/12/02
03/12/2002  CASH REGISTER TRANS
              CK 80.00   CASH 40.00 BOH DTD 03/12/02
03/12/2002  DOCKETING STATEMENT
03/12/2002  SUMMONS
              TO: GARRY M. PASCOE & AMERICAN HOME
                  ASSUARANCE COMPANY
              TO SERVE UPON WAYSON W.S. WONG
              SUB BY WAYSON W.S. WONG
03/21/2002  JUDGE ASSIGNMENT
              MICHAEL J. BORDALLO
              JUDGE
10/29/2002  DECLARATION OF SERVICE
              WAYSON WONG
04/06/2004  DECLARATION
              OF GARRY M.PASCOE IN SUPPORT OF DEFTS.
              MTN.FOR SUMMARY JUDGMENT
              SUB.BY:TERENCE E.TIMBLIN
04/07/2004  NOTICE OF MOTION AND
              HEARING 08/03/2004
              NTC.OF MTN.AND MTN.FOR SUMMARY JDGMNT.
```

```
   FILING     PROCEEDINGS
    DATE       COMMENT

               HEARING SET FOR 8/3/04 AT 1:30PM
               SUB.BY:TERENCE E. TIMBLIN
07/19/2004  CASH REGISTER TRANS
07/19/2004  NOTICE TO TAKE DEPOSITION
               UPON ORAL EXAMINATION;CERTIFICATE OF
               SERVICE
               BY: W.WONG
08/06/2004  NOTICE OF TAKING
               DEPOSITION UPON ORAN EXAMINATION
               CERTIFCATE OF SERVICE
               SUBMITTED BY:
               WAYSON W.S. WONG
08/09/2004  NOTICE OF RESCHEDULED MOTION HEARING
               HEARING 10/14/2004
08/11/2004  STIPULATION
               STIPULATION TO MOVE HEARING DATE FOR
               DEFT'S MOTION FOR SUMMARY JUDGMENT ORDER
               BY: W.WONG
               SIGNED BY: JUDGE MJ BORDALLO
08/19/2004  DECLARATION OF SERVICE
               SUBMITTED BY:
               WAYSON W.S. WONG
09/08/2004  REQUEST
               FOR ENTRY OF DEFAULT; DECLARATION OF
               WAYSON W.S. WONG INCLUDING DECLARATION
               OF NONMILITARY SERVICE;
               CERTIFICATE OF SERVICE
               SUBMITTED BY:
               LAW OFFICE OF WAYSON WONG
09/10/2004  OPPOSITION
               TO PLAINTIFF'S REQUEST FOR
               ENTRY OF DEFAULT
               SUBMITTED BY:
               VERNIER & MAHER LLP
09/13/2004  SPEED MEMO
               ENTRY OF DEFAULT
               SUBMITTED BY:
               ATTY. WAYSON WONG
09/28/2004  CASH REGISTER TRANS
10/01/2004
               HEARING 11/16/2004
10/01/2004
               HEARING 11/16/2004
10/04/2004  CERTIFICATE
               OF SERVICE
               SUBMITTED BY:
               WAYSON W.S. WONG
10/04/2004  ORDER
```

```
FILING      PROCEEDINGS
 DATE          COMMENT

            SECOND STIPULATION TO MOVE HEARING
            DATE FOR DEFENDANTS' MOTION FOR
            SUMMARY JUDGMENT; ORDER
            SUBMITTED BY:
            W.W. WONG
            SIGNED BY: JUDGE MJ BORDALLO
11/03/2004  CASH REGISTER TRANS
11/03/2004  PLAINTIFF
            MEMORANDUM IN OPPOSITION TO DEFENDANTS'
            MOTION FOR SUMMARY JUDGMENT; EXHIBITS
            "A-D'; DECLARATION OF WAYSON W.S. WONG;
            CERTIFICATE OF SERVICE
            (ORIGINAL FILED ON11-15-04 @8:09 AM)
            SUBMITTED BY W. WONG
11/03/2004  UNSIGNED DOCUMENT(S)
            NOTICE OF PLAINTIFFS' MOTION FOR
            LEAVE TO FILE FIRST AMENDED COMPLAINT
            SUBMITTED BY:
            WAYSON W.S. WONG
11/03/2004  PLAINTIFF
            MOTION FOR LEAVE TO FILE FIRST AMENDED
            COMPLAINT; EXHIBIT "A"; MEMORANDUM IN
            SUPPORT OF MOTION CERTIFICATE OF SERVICE
            (FAXED COPY)
            SUBMITTED BY W. WONG
11/05/2004  OPPOSITION
            TO PLAINTIFF'S MOTION FOR LEAVE
            TO FILE FIRST AMENDED COMPLAINT
            SUBMITTED BY:
            VERNIER & MAHER LLP
11/05/2004  REPLY
            MEMORANDUM IN SUPPORT DEFENDANTS'
            MOTION FOR SUMMARY JUDGMENT
            SUBMITTED BY:
            VERNIER & MAHER LLP
11/10/2004  UNSIGNED DOCUMENT(S)
            STIPULATION TO HAVE HRNG.DATE FOR
            PLAINTIFFS'MTN.FOR LEAVE TO FILE FIRST
            AMENDED COMPLAINT AND ORDER
            SUB.BY:WAYSON W.S.WONG
11/10/2004  REPLY
            PLAINTIFFS'REPLY MEMORANDUM IN SUPPORT
            OF PLAINTIFFS MTN.FOR LEAVE TO FILE
            FIRST AMENDED COMPLAINT;EXHIBITS"A-D"
            CERTIFICATE OF SERVICE
            SUB.BY:WAYSON W.S.WONG
11/12/2004  NOTICE
            NTC OF PLAINTIFFS' MOTION FOR LEAVE TO
```

```
  FILING      PROCEEDINGS
   DATE         COMMENT

              FILE FIRST AMENDED COMPLAINT
              (FAXED COPY)
              SUBMITTED BY W WONG
11/15/2004 SUBMISSION
              OF DOCUMENTATION OF TENDER OF
              CLAIM TO UNITED STATES
              SUBMITTED BY:
              VERNIER & MAHER LLP
11/16/2004 RECORDING LOG
              HEARING 11/16/2004
              JUDGE: MJB
              CLERK: CCS
              TAPE#: 04-1342
              LOG# : 2120
              NEXT HEARING DATE:
              PROCEEDINGS:1)D'S MOTION FOR SUMMARY
              JUDGMENT 2) PLAINTIFF'S MOTION FOR LEAVE
               TO FILE FIRST AMENDED COMPLAINT
11/19/2004 CERTIFICATE
              OF SERVICE
              SUBMITTED BY:
              ATTY. W.WONG
12/07/2004 DEFENDANT(S)
              AMERICAN HOME ASSURANCE COMPANY'S SUB-
              MISSION OF INSURANCE POLICY
01/18/2006 DECISION AND ORDER
              COURT DENIES DEFENANTS' MOTION FOR
              SUMMARY JUDGMENT/MOTION FOR CRTFCTN.
              AND DENIES PLAINTIFFS' MOTION FOR LEAVE
              TO FILE FIRST AMENDED COMPLAINT.
              SIGNED BY: JUDGE BORDALLO
01/18/2006 SPEED MEMO
              DECISION AND ORDER
              ATTYS WAYSON WONG AND TERENCE TIMBLIN
01/18/2006 NOTICE
              OF ENTRY ON DOCKET AND DECLARATION OF
              MAILING
              TO: WAYSON WONG AND TERENCE E. TIMBLIN
01/25/2006 AFFIDAVIT OF SERVICE
              SERVED BY:DM.R.UNTALAN
              SERVED UPON:TERENCE E TIMBLIN
              DOCUMENT SERVED:DECISION & ORDER
              DATE SERVED:01192006
              TIME SERVED:1030AM
01/25/2006 AFFIDAVIT OF SERVICE
              SERVED BY:DM.R.UNTALAN
              SERVED UPON:WAYSON WS WONG
              DOCUMENT SERVED:DECISION & ORDER
```

```
   FILING      PROCEEDINGS
    DATE        COMMENT

                DATE SERVED:01192006
                TIME SERVED:1045AM
01/26/2006  NOTICE OF HEARING
                NOTICE OF HEARING TO ATTORNEY TERRENCE E
                LONG,ATTORNEY WAYCON WONG
                FURTHER PROCEEDINGS 2-14-06 @ 9:00 A.M.
02/03/2006  AFFIDAVIT OF SERVICE
                HEARING 02/14/2006
                SERVED BY:DM.R.UNTALAN
                SERVED UPON:TERENCE E TIMBLIN
                DOCUMENT SERVED:NOH
                DATE SERVED:01302006
                TIME SERVED:1012AM
02/03/2006  AFFIDAVIT OF SERVICE
                HEARING 02/14/2006
                SERVED BY:DM.R.UNTALAN
                SERVED UPON:WAYSON WS WONG
                DOCUMENT SERVED:NOH
                DATE SERVED:01302006
                TIME SERVED:1032AM
02/09/2006
                HEARING 02/23/2006
03/14/2006  CASH REGISTER TRANS
03/14/2006  CERTIFICATE
                OF SERVICE, SRVD. COPY OF THE NTC. OF
                HRG. ON PETN;PETN. FOR CRTFCTN;MEMO OF
                POINTS & AUTH. TO LAW OFF. OF WAYSON
                WONG; US ATTY. OFF., AND VIA CERT. MAIL
                TO U.S. ATTY. GENERALS OFF. ON 3/14/06.
                BY: TERENCE E. TIMBLIN
03/14/2006  MEMORANDUM
                OF POINTS AND AUTHORITIES IN SUPPORT
                PETITION FOR CERTIFICATION THAT DEFEND.
                PASCOE WAS ACTING IN THE COURSE OF FED.
                EPLOYMENT
                BY: TERENCE TIMBLIN
03/14/2006  PETITION
                FOR CERTIFICATION THAT DEFENDANT PASCOE
                WAS ACTING IN THE COURSE OF FEDERAL
                EMPLOYMENT
                BY: TERENCE TIMBLIN
03/29/2006  NOTICE OF HEARING
                NOTICE OF HEARING ON PETITION FOR
                CERTIFICATION THAT DEFENDANT PASCOE WAS
                ACTING IN THE COURSE OF FEDERAL
                EMPLOYMENT
                SUBMITTED BY: TERRENCE TIMBLIN
                CRT SETS MATTER FOR 5-30-06 @ 1:30 P.M.
```

```
  FILING    PROCEEDINGS
   DATE     COMMENT

04/03/2006  DECLARATION OF MAILING
              MAILED A COPY OF THE NTC.OF HRG. ON PETN
              FOR CRTFCTN ON 4/3/06 THROUGH U.S.P.S.
              BY: SURETA SAN NICOLAS
05/16/2006  MEMORANDUM
              PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
              PETITION FOR CERTIFICATION THAT DEFENDAN
              PASCOE WAS ACTING IN THE COURSE OF FED.
              EMPLOYMENT; CERTIFICATE OF SERVICE
              BY: WAYSON WONG
05/18/2006  REPLY
              MEMORANDUM IN SUPPORT OF PETITION FOR
              CERTIFICATION THAT DEFENDANT PASCOE WAS
              ACTING IN THE COURSE OF FEDERAL
              EMPLOYMENT; CERTIFICATE OF SERVICE
              BY: T. TIMBLIN
05/30/2006
              HEARING 06/19/2006
05/30/2006  RECORDING LOG
              JUDGE:MJB
              CLERK:CCS
              TAPE#:06
              LOG# :9:20:34 A.M.
              NEXT HEARING DATE:6-19-06 @ 9:00 A.M.
              PROCEEDINGS:STATUS HEARING
06/15/2006  NOTICE
              OF FILING OF NOTICE OF REMOVAL OF CIVIL
              ACTION; ATTACHMENT; CERTIFICATE OF
              SERVICE
              BY: MIKEL SCHWAB
07/03/2006  WRIT
              WRIT OF CERTIORARI TO THE SUPERIOR COURT
              OF GUAM; TERRITORY OF GUAM
              SUB. BY:  MARY L.M. MORAN
                        CLERK OF THE COURT
                        UNITED STATES DISTRICT COURT
07/03/2006  ORDER
              ORDER DIRECTING CLERK TO ISSUE WRIT OF
              CERTIORARI
              SUB. BY: W.M. FREMMING NIELSEN
                        UNITED STATES DISTRICT JUDGE
```