# RELEASE
## OF ~~ALL~~ CLAIMS - FOR PROPERTY DAMAGE CLAIM ONLY 🇦 W/

KNOW ALL MEN BY THESE PRESENTS:

That the Undersigned, being of lawful age, for sole consideration of

Five Thousand Thirty- Seven Dollars & 00/100 ( $ 5,037.00 ) to the undersigned in hand paid, receipt whereof is hereby acknowledged, do/does hereby and for my/our/its heirs, executors, administrators, successors and assignees release, acquit and forever discharge _____ American Home Assurance Company; _____

PASCOE, GARRY M.

and his, her, their, or its agents, servants, successors, heirs, executors, administrators and all other persons, firms, corporations, associations or partnerships of and from any and all claims, actions, causes of action, demands, rights, damages, costs, losses of service, expenses and compensation whatsoever, which the undersigned now has/have or which may hereafter accrue on account of or in any way growing out of ~~...bodily and personal injuries and~~ property 🇦 damage and the consequences thereof resulting or to result from the accident, casualty or event which occurred on or about N W/

03/13/2000 at or near _____

    It is understood and agreed that this settlement is the compromise of a doubtful and disputed claim, and that the payment made is not to be construed as an admission of liability on the part of the party or parties hereby released, and that said releases deny liability therefore and intend merely to avoid litigation and buy their peace.

~~The undersigned hereby declare(s) and represent(s) that the injuries sustained are or may be permanent or progressive and that recovery therefrom is uncertain and indefinite and in making this Release it is understood and agreed that the undersigned rely(ies) wholly upon the undersigned's judgement, belief and knowledge of the nature, extent, effect and duration of said injuries and liability therefore and is made without reliance upon any statement or representation of the party or parties hereby released or their representatives or by any physician or surgeon by them employed.~~ 🇦 W/

    The undersigned further declare(s) and represent(s) that no promise, inducement or agreement not herein expressed has been made to the undersigned, and that this Release contains the entire agreement between the parties hereto, and that the terms of this Release are contractual and not a mere recital.

    In further consideration of the payment herein made, the undersigned payee(s) does hereby expressly waive the benefits of the provisions of section 1542 of the Civil Code of Guam, which reads as follows: "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

THE UNDERSIGNED HAS READ THE FOREGOING RELEASE AND FULLY UNDERSTANDS IT.

Signed, sealed and delivered this 14 day of April _____, _____.

_____  
    Witness

CAUTION: READ BEFORE SIGNING BELOW

_____  
GEORGE L. WATSON

I do hereby certify that the foregoing is a full, true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam Dated at Hagatna, Guam

JUL 1 0 2006

Teresita S. Perez

TERRITORY OF GUAM  } SS.
CITY OF _____

On the ____ day of _____, ____, before me personally appeared _____ to me known to be the person(s) named herein and who executed the forefoing release and _____ acknowledged to me that _____ voluntarily executed the same.

My term expires _____

_____  
NOTARY PUBLIC


Exhibit A1



# GUAM INSURANCE ADJUSTERS, INC.
116 CHALAN SANTO PAPA
P.O. BOX 822
AGANA, GUAM 96910-0822

## BILL OF SALE

FOR AND IN CONSIDERATION of the sum of One Dollar ($1.00) and other valuable consideration, receipt of which is hereby acknowledged, I, (we) GEORGE WATSON hereinafter referred to as the Seller, does hereby sell, assign, transfer and set over all rights, title and interest in and to a 1992 PONTIAC GRAND AM, VIN#1G2NE14N8NM034775 LIC. PLATE NO. YIG-8599 to GUAM INSURANCE ADJUSTERS

The Seller hereby warrants absolute and clear title to the above described motor vehicle and hereby authorize the Motor Vehicle Registration Office to register said vehicle in the name of the Buyer.

IN WITNESS WHEREOF, I have caused my signature to be affixed hereto on this 14 day of APR. 00 at HAGATNA, GUAM

_____
GEORGE WATSON

Lumacau 4/14/2000

do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam Dated at Hagatna, Guam

JUL 10 2006

Teresita S. Perez
Clerk, Superior Court of Guam

Exhibit
A2



**GUAM INSURANCE ADJUSTERS, INC.**
116 CHALAN SANTO PAPA
P.O. BOX 822
AGANA, GUAM 96910-0822

# DECLARATION

I (We), _____GEORGE WATSON_____

declare that a _1992 PONTIAC GRAND AM, VIN#1G2NE14N8NM034775_

_LP# YIG-8599_____

which was damaged as a result of an accident on __MARCH 13, 2000___

is beyond satisfactory repair and I (we) hereby request a settlement on the

basis of a total loss and waive all future rights as to the disposal of the

wreck for salvage upon payment of the total loss.

_____
GEORGE WATSON

_____

Dated: __14 APR 00_____

do hereby certify that the foregoing
is a full true and correct copy of the
original on file in the office of the
clerk of the Superior Court of Guam
Dated at Hagatna, Guam

JUL 10 2006

Teresita S. Perez

**Exhibit A3**



**GUAM INSURANCE ADJUSTERS, INC.**
HI LOSS ACCOUNT
P.O. BOX 8___
HAGÅTÑA, GUAM 96932

FIRST HAWAIIAN BANK
MAIN BRANCH
MONGMONG, GUAM 96927-2010
ACCOUNT NO. 03057275    R/T NO. 59-10(1)213

018064

10-APR-2000

PAY TO THE ORDER OF: ***GEORGE WATSON***     ****5,037.00

FIVE THOUSAND THIRTY-SEVEN ONLY

VOID AFTER 90 DAYS FROM DATE OF ISSUE

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE

MEMO_____

⑈018064⑈ ⑆121301015⑆ 03⑈05726 7⑈

---

GPPNO. 1068154    NAO    PVNO. 003400    PLEASE DETACH BEFORE DEPOSITING CHECK    018064

WHEN DETACHED AND PAID THE ABOVE CHECK BECOMES A RECEIPT IN PAYMENT OF THE FOLLOWING ACCOUNT

CLAIM NO.  : HF005033            FULL AND FINAL SETTLEMENT OF PD    $ 5,037.00
DATE OF LOSS : 03/13/2000        OPERTY(TOTAL LOSS) DAMAGE CLAIM
ASSURED   : GARRY M. PASCOE
POL NO    : 66700946      BF NO : 2551724
PRODUCER  : 0002          ENDT NO:
TRAN TYPE : 01            SUBPROD:

RECEIVED FROM GUAM INSURANCE ADJUSTERS, INC. CHECK FOR THE ABOVE SUM OF MONEY IN PAYMENT OF ACCOUNT

X _____    ON  14 APR. 00

| PARTICULARS | ACCOUNT NO. | DEBIT | CREDIT |
|---|---|---|---|
| LOSS-L-PD-GUAM | | 5,037.00 | |

PREPARED BY:        CHECKED BY:        SIGNED BY:

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the Clerk of the Superior Court of Guam Dated at Hagåtña, Guam

**JUL 1 0 2006**

Teresita S. Perez
Clerk, Superior Court of Guam

Exhibit
A4

HF 00-3098-MU

# LAW OFFICES OF WAYSON WONG
A Professional Corporation

October 28, 2002

American Home Assurance Co.
c/o Mr. Raymond Martinez
Vice President
Calvo's Insurance Underwriters, Inc.
115 Chalan Santo Papa
Hagatna, Guam 96910

Re: Watson et al. vs. Pascoe, et al., Superior
Court of Guam, Civil Case No. CV0318-02

Dear Mr. Martinez:

I am the attorney for Shaunannette and George Watson. We intend to try to reasonably settle their claims asserted in the lawsuit we filed. We filed the lawsuit to prevent any statute of limitations issues.

Copies of the Complaint and Summons for the lawsuit are being served on you. If you want an extension of time to answer the Complaint pending our efforts to settle this case, we will give one to you. All you need to do is ask. We will then agree to extend the time for you and your insured(s) to answer to twenty days after we advise you in writing that you need to answer. This will give us time to try to effect a reasonable settlement with you before proceeding with the litigation.

Hopefully, we will provide you with our written settlement offer shortly.

If you have any questions or comments regarding the above matters, please contact me.

Very truly yours,

Law Offices of Wayson Wong
A Professional Corporation

Wayson W. S. Wong
Wayson W.S. Wong

WWSW:ngg
cc: Mr. & Mrs. George L. Watson

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam
Dated at Hagatna, Guam

JUL 1 0 2006

Teresita S. Perez

---

142 Seaton Blvd., Suite 203, Hagåtña, Guam 96910 • Tel: (671) 475-7448 • Facsimile: (671) 477-4455
583 Kamoku Street, Suite 407, Honolulu, Hawaii 96826 • Tel: (808) 942-2279 • Fax: (808) 942-2274
Email Address: WaysonWong@aol.com

Exhibit B



November 6, 2002

Mr. Wayson Wong
142 Seaton Blvd., Suite 203
Hagatna, Guam 96910

Re: Shaunannette D. Watson and George L. Watson v. Garry M. Pascoe, et al
Superior Court of Guam, Civil Case No. CV0318-02
Our File No.:   HF00-3098
Insured:        Garry Pascoe
Your Clients:   Shaunannette D. & George L. Watson

Dear Mr. Wong:

A copy of the summons and complaint, along with your cover letter was forwarded to our office for handling.

In behalf of Mr. Garry M. Pascoe and American Home Assurance Company, we request an open extension of time to answer the complaint. The open extension of time to answer is for the purpose to try and resolve this matter without litigation. Further, if we are unable to resolve the matter and litigation would be the ultimate solution, you are agreeable to extend the time for us to answer twenty days after you have advise us in writing that we would need to answer.

Please provide us in writing confirmation that you are agreeable to the above. We also anticipate your demand letter shortly.

Respectfully yours,


Anita F.B. Fisher
Litigation Coordinator

cc: Mr. Garry M. Pascoe

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam
Dated at Hagatna, Guam

JUL 1 0 2006

Tenesita S. Perez

Guam Insurance Adjusters, Inc.

FIRE-AUTO-CASUALTY-MARINE ADJUSTERS • MARINE SURVEYORS

Guam: 116 Chalan ... agatna, Guam 96932
Telephone: (671) 472-2707
Saipan: 1st Floor Oleai Bldg., Box 500615, Saipan, MP 96950

AIG A Member Company of American International Group, Inc.



*"Serving our Neighbors"*

11/5/02 (Hawaii)

To: Ms. Anita Fisher, GIA (Fax 472-2707)
From: Wayson Wong, Esq.

November 6, 2002

Mr. Wayson Wong
142 Seaton Blvd., Suite 203
Hagatna, Guam 96910

Re: Shaunannette D. Watson and George L. Watson v. Garry M. Pascoe, et al
    Superior Court of Guam, Civil Case No. CV0318-02
    Our File No.:    HF00-3098
    Insured:    Garry Pascoe
    Your Clients:    Shaunannette D. & George L. Watson

Dear Mr. Wong:

A copy of the summons and complaint, along with your cover letter was forwarded to our office for handling.

In behalf of Mr. Garry M. Pascoe and American Home Assurance Company, we request an open extension of time to answer the complaint. The open extension of time to answer is for the purpose to try and resolve this matter without litigation. Further, if we are unable to resolve the matter and litigation would be the ultimate solution, you are agreeable to extend the time for us to answer twenty days after you have advise us in writing that we would need to answer.

11/5/02 (Hawaii)
Agreed.
Wayson Wong

Please provide us in writing confirmation that you are agreeable to the above. We also anticipate your demand letter shortly.

Respectfully yours,

Anita F.B. Fisher
Litigation Coordinator

cc: Mr. Garry M. Pascoe

Guam Insurance Adjusters, Inc.

FIRE-AUTO-CASUALTY-MARINE ADJUSTERS · MARINE SURVEYORS

Guam: 116 Chalan Sanro Papa - P.O. Box 822, Hagatna, Guam 96932
Telephone (671) 472-6288 - Facsimile: (671) 472-2707
Saipan: 1st Floor Oleai Bldg., Beach Road, San Jose - P.O. Box 500815, Saipan, MP 96950
Telephone: (670) 234-3055 - Facsimile: (670) 234-3037

A Member Company Of
American International Group, Inc.

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam
Dated at Hagatna, Guam

JUL 1 0 2006

Teresita S. Perez
Clerk, Superior Court of Guam



Exhibit D



"Serving our Neighbors"

December 5, 2002

Mr. Wayson Wong
142 Seaton Blvd, Suite 203
Hagatna, Guam 96932

Re: Shaunanette D. Watson and George L. Watson v. Garry M. Pascoe, et al
Our File No.: HF00-3098
Insured: Garry M. Pascoe

Dear Mr. Wong:

This is to acknowledge receipt of your hand written response dated November 5, 2002, agreeing to an open extension of time to answer the above reference complaint. The open extension is for the purpose to try and resolve this matter without litigation. Furthermore, in the event we are unable to resolve the matter, you are agreeable to extend the time for us to answer twenty days after you have advise us in writing that we would need to answer.

We await your settlement demand.

Best regards,

Anita F.B. Fisher
Litigation Coordinator

Cc: Garry M. Pascoe

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam Dated at Hagatna, Guam

JUL 10 2006

Teresita S. Perez

Guam Insurance Adjusters, Inc.

FIRE-AUTO-CASUALTY-MARINE ADJUSTERS • MARINE SURVEYORS

Guam: 116 Chalan Santo Papa, Hagatna, Guam 96932
Telephone: (671) 472-2707
Saipan: 1st Floor Oleai Bldg., Beach Road, PMB 500615, Saipan, MP 96950
Telephone: (670) 234-5697

AIG A Member Company of American International Group, Inc.

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Prepare in ink or typewriter. Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. | OM and B Approval No. 80-R111 |
|---|---|---|

| 1. SUBMIT TO: United States Air Force Department of Defense, 36 ABW/JA Unit 14003, Box 28 APO AP 96543-40003 | 2. NAME AND ADDRESS OF CLAIMANT (Number, street, city, State, and Zip Code) Shaunannette D. Watson |
|---|---|

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☒ CIVILIAN | 4. AGE 33 | 5. MARITAL STATUS Married | 6. NAME AND ADDRESS OF SPOUSE, IF ANY (Number, street, city, State, and Zip Code) George L. Watson |
|---|---|---|---|

| 7. PLACE OF ACCIDENT (Give city or town and State; if outside city limits, indicate mileage or distance to nearest city or town) Intersection of Plumeria Blvd. and Ulithi Blvd. Andersen AFB, Guam | 8. DATE AND DAY OF ACCIDENT 13 Mar 00, Mon | 9. TIME (A.M OR P.M) 1220 |
|---|---|---|

| 10. AMOUNT OF CLAIM (in dollars) ||||
|---|---|---|---|
| A. PROPERTY DAMAGE | B. PERSONAL INJURY | C. WRONGFUL DEATH | D. TOTAL |
|  | Approx. $250,000 |  | Approx. $250,000 |

**11. DESCRIPTION OF ACCIDENT** (State below, in detail, all known facts and circumstances attending the damage, injury, or death, identifying persons and property involved and the cause thereof)

This accident was caused by the negligence of Garry M. Pascoe, a member of the USAF. At the time of the accident, he was allegedly responding to a reported fire onboard a CH-46 helicopter. Ms. Watson was travelling north on Plumeria Blvd. She signalled to and did turn left heading onto Ulithi Blvd. Mr. Pascoe approached the intersection from her rear, tried to overtake her and collided into the driver's side of her car.

**12. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

Claim for property damage has been resolved.

BRIEFLY DESCRIBE KIND AND LOCATION OF PROPERTY AND NATURE AND EXTENT OF DAMAGE (See instructions on reverse side for method of substantiating claim)

**13. PERSONAL INJURY**

STATE NATURE AND EXTENT OF INJURY WHICH FORMS THE BASIS OF THIS CLAIM

Ms. Watson had bad headaches and neck and back pain following this accident. Her diagnoses included cervical, thoracic and lumbar strain. Still undergoing treatment with Government doctors at Ramstein AFB for both neck and back problems. Possible herniated cervical disc suspected.

**14. WITNESSES**

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| Shaunannette D. Watson |  |
| Garry M. Pascoe Security Forces Personnel Invest. Acc. |  |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 15. SIGNATURE OF CLAIMANT (This signature should be used in all future correspondence) *[signed]* Attorney for Shaunannette D. Watson | 16. DATE OF CLAIM 12 Mar 02 |
|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000, plus double the amount of damages sustained by the United States. (See R.S. 3340, 5438; 31 U.S.C. 231.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 62 Stat. 698, 747; 18 U.S.C.) |

STANDARD FORM 95
REVISED FEBRUARY 1971
JUL 10 2006

## INSTRUCTIONS

### Complete all items — Insert the word NONE where applicable

Claims for damage to or for loss or destruction of property, or for personal injury, must be signed by the owner of the property damaged or lost or the injured person. If, by reason of death, other disability or for reasons deemed satisfactory by the Government, the foregoing requirement cannot be fulfilled, the claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing authority to act.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in item 10 of this form. Separate claims for personal injury and property damage are not acceptable.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically reparable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

Any further instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in Item #1 on the reverse side.

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

**17. DO YOU CARRY ACCIDENT INSURANCE?** ☒ YES, IF YES, GIVE NAME AND ADDRESS OF INSURANCE COMPANY (*Number, street, city, State, and Zip Code*) AND POLICY NUMBER. ☐ NO

Pacific Indemnity Insurance Company
(Pacific Indemnity)
Policy No. 401041-00

348 West O'Brien Drive
Hagatna, Guam 96910
P.O. Box 3580
Hagatna, Guam 96910

**18. HAVE YOU FILED CLAIM ON YOUR INSURANCE CARRIER IN THIS INSTANCE, AND IF SO, IS IT FULL COVERAGE OR DEDUCTIBLE?**

No

**19. IF DEDUCTIBLE, STATE AMOUNT**

$500

**20. IF CLAIM HAS BEEN FILED WITH YOUR CARRIER, WHAT ACTION HAS YOUR INSURER TAKEN OR PROPOSES TO TAKE WITH REFERENCE TO YOUR CLAIM?** (*It is necessary that you ascertain these facts*)

No not yet, but may file to have my chiropractic expenses paid.

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam Dated at Hagatna, Guam

JUL 10 2006

Teresita S. Perez

**21. DO YOU CARRY PUBLIC LIABILITY AND PROPERTY DAMAGE INSURANCE?** ☒ YES, IF YES, GIVE NAME AND ADDRESS OF INSURANCE CARRIER (*Number, street, city, State, and Zip Code*) ☐ NO

Pacific Indemnity, see above.

✻ U.S. GOVERNMENT PRINTING OFFICE: 1971-FSS 7485-8/446-777



# VERNIER & MAHER, LLP

D. Paul Vernier, Jr.
John B. Maher

115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagatna, Guam 96910-5004
Telephone: (671) 477-7059
Facsimile: (671) 472-5487
Email: vernier@ite.net

Louie J. Yanza
Michael D. Flynn, Jr.
Terence E. Timblin

March 8, 2004

**VIA FACSIMILE – 477-4455**

Wayson W.S. Wong, Esq.
**LAW OFFICES OF WAYSON WONG**
142 Seaton Boulevard, Suite 203
Hagatna, Guam 96910

RE: **SHAUNANNETTE D. WATSON, ET AL. v. GARY M. PASCOE, ET AL.**
**SUPERIOR COURT OF GUAM, CIVIL ACTION NO. CV0318-02**

Dear Mr. Wong:

This case has been referred to us by Guam Insurance Adjusters, Inc. ("GIA"). It involves an accident that occurred on Andersen Air Force Base in which Mr. Pascoe struck your client's vehicle while he was acting in the course of his employment with the United States Air Force ("USAF"). You have filed a Federal tort claim with USAF. You have also filed the above suit out of concern that the statute of limitations was about to run, but have made an arrangement with GIA that an Answer need not be filed until further notice. Having reviewed the facts and the law, we request that you voluntarily dismiss the suit, as it is pointless and futile.

As you are presumably aware, 28 U.S.C. §2679(b)(1) provides as follows:

> (b)(1) The remedy against the United States provided by sections 1346(b) and 2672 of this title for injury or loss of property, or personal injury or death arising or resulting from the negligent or wrongful act or omission of any employee of the Government while acting within the scope of his office or employment is exclusive of any other civil action or proceeding for money damages by reason of the same subject matter against the employee whose act or omission gave rise to the claim or against the estate of such employee. Any other civil action or proceeding for money damages arising out of or relating to the same subject matter against the employee or the employee's estate is precluded without regard to when the act or omission occurred.

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam
Dated at Hagatna, Guam

JUL 1 0 2006

Teresita S. Perez

Exhibit G

The statute unequivocally bars any lawsuit by a third party claimant against either the Federal employee or his personal insurance company. There is a split of authority at the Federal district court level as to whether the United States may be an additional insured under the employee's personal policy or may be able to obtain indemnification from the insurance company. However, such right as may exist is solely with the United States and does not change the fact that the injured party's only remedy is a Federal tort claim.

If the Complaint is not dismissed by March 19, 2004, we will be filing a Motion to Dismiss and seek attorney's fees. If you have any questions, please do not hesitate to contact me.

Sincerely,

**VERNIER & MAHER, LLP**

Terence E. Timblin

cc: Ms. Anita Fisher

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam
Dated at Hagatna, Guam

JUL 1 0 2006

Teresita S. Perez
Deputy Clerk, Superior Court of Guam

# LAW OFFICES OF WAYSON WONG

A Professional Corporation

March 20, 2004

**Fax Delivery 472-5487**

Terence E. Timblin, Esq.
Vernier & Maher, LLP
Gov. Joseph Flores Bldg., Ground Flr.
115 Hesler Place
Hagatna, Guam 96910

  Re: <u>Watson v. Pascoe, S. Ct. Civ Action No. CV318-02</u>

Dear Terry:

  I have reviewed your March 8, 2004 letter about this case. I called you yesterday to ask for an extension of your March 19, 2004 deadline for me to respond. I needed a bit more time. Your staff said you had gone already.

  I decline to dismiss the lawsuit. Your insured was going from his home to work when he negligently caused the collision involved. Usually, during such transit, an employee is not considered to be in the course and scope of his employment. Thus, he may very well be personally liable to Mr. and Mrs. Watson in this case. Furthermore, I find the position in your letter to be totally inconsistent with what your insurer client did in this case. It paid my clients 100% of their property damages claim. If your clients had no liability, why did they do that? To me, waiver and/or estoppel would be in order to prevent the assertion of the defense you raised in your letter. If you and your clients file a motion to dismiss on the ground set forth in your letter, I, rather than you would probably be entitled to my attorney's fees for such a motion, because clearly, there are genuine issues of material fact that would prevent any summary adjudication of this case.

  I suggest that the better course of action by the insurer is to explore reasonable settlement rather than spending money on a frivolous motion.

  If you have any comments or questions concerning the above matters, please contact me.

Very truly yours,

Law Offices of Wayson Wong
A Professional Corporation

Wayson W. S. Wong

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam Dated at Hagatna, Guam

JUL 10 2006

Teresita S. Perez

WWSW:pjw
cc: Mr. and Mrs. George Watson

142 Seaton Blvd., Suite 203, Hagatna, Guam · 7443 · Facsimile: (671) 477-4455
583 Kamoku Street, Suite 407, Honolulu, HI · (808) 942-2274
Email Address

# ACCIDENT REPORT

SP ACTIVITY CODE/RE. NO. A2000030004A
OMB NO. 0701-0105
Expires May 31, 1997

Public reporting burden for this collection of information is estimated to average 5 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, WHS, DIOR, 1215 Jefferson Davis Highway, Suite 1204, Arlington VA 22202-4302; and to OMB, Paperwork Reduction Project (XXXX-XXXX), Washington DC 20503. Please DO NOT RETURN your form to either of these addresses. Form is completed by/given to the Security Police Officer.

**PRIVACY ACT STATEMENT**

AUTHORITY: 10 U.S.C. 8013; 44 U.S.C. 3103; and EO 9397.
PRINCIPAL PURPOSES: Used to record information and details of traffic accidents that involve damage to government vehicles or fixed government property and fatal or nonfatal personal injury. Also completed by the driver or owner of a motor vehicle who is involved in a nondisabling accident which caused property damage only.
ROUTINE USES: Info may be disclosed to other federal, state, county and local law enforcement/investigative authorities for investigation and possible criminal prosecution or civil court action.
DISCLOSURE IS VOLUNTARY: Failure to disclose the information and SSN may result in suspension or cancellation of on-base driving privileges, and may subject the individual to other administrative or disciplinary action by military or civil authorities.

| DATE OF ACCIDENT (Yr/Mo/Day) | TIME (2400 hour) | DAY OF ACCIDENT | Sun | Mon X | Tue We | Thu Fri | Sat | REPORT RECEIVED (Walk-in, Phone, Radio, other) Telephone |
|---|---|---|---|---|---|---|---|---|
| 00/03/13 | 1224 | | | | | | | |

## TYPE OF ACCIDENT AND LOCATION

| MILITARY PROPERTY | MILITARY PROPERTY OR CITY/COUNTY/STATE | STREET OR HIGHWAY ROUTE NO. |
|---|---|---|
| X ON / OFF | Andersen AFB Guam | Plumeria Blvd. |

INTERSECTING STREET OR HWY OR NEAREST INTERSECTION, AND DISTANCE (Ft/Miles)
Intersecting Ulithi Blvd.  North / East / South X / West

### NON COLLISION / COLLISION

| Overturn | Fire/Explosion | Pedestrian | Railway Train | Animal |
| Immersion | Thrown/Falling Object | Parked Motor Vehicle | Pedalcyclist | ATV/ORV/REC |
| Spill | Gas Inhalation | X Moving Motor Vehicle | Fixed Object | Other (Specify) |

| TOTAL NUMBER OF VEHICLES INVOLVED | TOTAL PERSONS INVOLVED | SEVERITY | PROPERTY DAMAGE ONLY |
|---|---|---|---|
| 2 | 2 | 0 NUMBER KILLED  0 NUMBER INJURED | X YES / NO |

| | VEHICLE/DRIVER NUMBER 1 | SEAT BELT USED (Y/N) Y | INJURED (Y/N) N | VEHICLE/DRIVER NUMBER 2 | SEAT BELT USED (Y/N) Y | INJURED (Y/N) N | PEDESTRIAN |
|---|---|---|---|---|---|---|---|
| LICENSE PLATE NO. | GU/FYRFYTR | VEHICLE ID NUMBER (VIN) JN1HU11POJX888835 | | GU/YIG8599 | 162NE14N8NM034775 | | FULL NAME |
| YEAR | 88 | MAKE NISSAN | BODY TYPE 4D | ODOMETER 141914 | 92 | PONTIAC 4D 81394 | |
| DRIVER'S LICENSE | P20029358094 FL | SSN 262415098 | | 1600012246 GU | 600012246 | | CURRENT STREET ADDRESS |
| DRIVER'S NAME | Pascoe, Garry M. | AGE 41 | | Watson, Shaunna D. | AGE 31 | | Crossing With Signal |
| SEX | X MALE | FEMALE | | MALE | X FEMALE | | Crossing Against Signal / Not At Intersection |
| CURRENT STREET ADDRESS | 1401 Ponape Blvd. | TELEPHONE 653-8284 | | 1906B Plumeria Blvd. | 653-4934 | | Crossing No Signal / Hitching On Vehicle |
| UNIT MARKINGS/DECAL NO. | AAFB PYX938 | X Privately Owned / Government | | AAFB SGU727 | X Privately Owned / Government | | Playing On Roadway / Standing On Roadway |
| REGISTERED OWNER | Pascoe, Garry M. | | | Watson, George L. | | | Involving Parked Car / Pushing/Working On Veh |
| CURRENT ADDRESS | 1401 Ponape Blvd. Yigo GU 96929 | | | 1906B Plumeria Blvd. Yigo, GU 96929 | | | Walking Against Traffic / Walking With Traffic |
| INSURANCE | Geico, Geico Plaza WA DC 20076 | | | NCOA, Andersen AFB GU 96929 | | | OTHER (Specify) |

### OCCUPANTS (Not operator/driver)

| NAME AND ADDRESS | VEH NO. | AGE | SEX | CATEGORY | INJURY | SAFETY EQPT | SEAT POSITION |
|---|---|---|---|---|---|---|---|
| N/A | | | | | | | |

### WITNESSES

| NAME AND ADDRESS | TELEPHONE NUMBER |
|---|---|
| N/A | |

### CODES

| CATEGORY | SAFETY EQUIPMENT | | SEAT POSITION | |
|---|---|---|---|---|
| A Pedestrian | A Belts Used | E Helmet Used | I Motorcycle Lights On | 1 Driver | 5 Back Middle |
| | B Belts Not Used | F Helmet Not Used | J Motorcycle Lights Off | 2 Front Middle | 6 Back Right |
| B Passenger | C Belts Not Installed | G Eye Protection Used | K Child Restraint Used | 3 Front Right | 7 Other (Bus, etc) |
| | D Belts Failed | H Eye Prot Not Used | L Child Restraint Not Used | 4 Back Left | 8 Unknown |
| | | 1 Possible Injury | 2 Non-incapacitating | 3 Incapacitating | 4 Fatal |

AF FORM... PREVIOUS EDITIONS ARE OBSOLETE.

JUL 10 2006



Case 1:06-cv-00016  Document 7-4  Filed 07/13/2006  Page 14 of 20

Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203
Hagatna, Guam 96910
Phone: 475-7448

Attorney for Plaintiffs

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| SHAUNANNETTE D. WATSON and GEORGE L. WATSON,<br><br>Plaintiffs,<br><br>vs.<br><br>GARRY M. PASCOE, AMERICAN HOME ASSURANCE COMPANY, and DOE DEFENDANTS 1 – 10,<br><br>Defendants. | CIVIL CASE NO. CV 0318-02<br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

I certify that on the date indicated below, a copy of the Notice of Plaintiffs' Motion for Leave to File First Amended Complaint was duly served by personal delivery, upon the following at his last known address.

>Terence E. Timblin, Esq.
>Vernier & Maher LLP
>115 Hesler Place, Ground Floor
>Gov. Joseph Flores Bldg.
>Hagatna, Guam 96910
>
>Attorney for Defendants Garry M. Pascoe and
>American Home Assurance Company

Dated: Hagatna, Guam, November 15, 2004.

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam
Dated at Hagatna, Guam

JUL 10 2006

Teresita S. Perez

Wayson W. S. Wong
Attorney for Plaintiffs

ORIGINAL

Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203
Hagatna, Guam 96910
Phone: 475-7448

Attorney for Plaintiffs

IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| SHAUNANNETTE D. WATSON and GEORGE L. WATSON,<br><br>    Plaintiffs,<br><br>vs.<br><br>GARRY M. PASCOE, AMERICAN HOME ASSURANCE COMPANY, and DOE DEFENDANTS 1 – 10,<br><br>    Defendants. | CIVIL CASE NO. CV 0318-02<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I certify that on August 27, 2004, a copy of the Stipulation to Move Hearing Date for Defendants' Motion for Summary Judgment; Order, was duly served by hand delivery, upon the following at his last known address.

    Terence E. Timblin, Esq.
    Vernier & Maher LLP
    115 Hesler Place, Ground Floor
    Gov. Joseph Flores Bldg.
    Hagatna, Guam 96910

    Attorney for Defendants Garry M. Pascoe and
    American Home Assurance Company

Dated: Hagatna, Guam, September 30, 2004.

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam Dated at Hagatna, Guam

JUL 10 2006

Teresita S. Perez

                              Wayson W. S. Wong
                              Attorney for Plaintiffs



```
DATE:  9/28/04                SUPERIOR COURT OF GUAM                TIME:  14:37:40
         CASE NO: CV0318-02
            TYPE: CIVIL
         CAPTION: SHAUNANNETTE WATSON ET AL VS. GARRY PASCOE ET AL
    TOTAL AMOUNT:          10.00

Reference    Reference
Number         Date       Description                  Rev_acct              Amt_Owed

040011116    9/28/2004    JBF/CV CIVIL OTHERS          33052199                 10.00
```



I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam. Dated at Hagatna, Guam.

JUL 10 2006

Teresita S. Perez


FILED
SUPERIOR COURT
OF GUAM

2004 JUL 19 PM 2: 59

CLERK OF COURT
BY:_____

Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203
Hagatna, Guam 96910
Phone: 475-7448

Attorney for Plaintiffs

IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| SHAUNANNETTE D. WATSON and GEORGE L. WATSON,<br><br>             Plaintiffs,<br><br>vs.<br><br>GARRY M. PASCOE, AMERICAN HOME ASSURANCE COMPANY, and DOE DEFENDANTS 1 – 10,<br><br>             Defendants. | CIVIL CASE NO. CV 0318-02<br><br>NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION; CERTIFICATE OF SERVICE |

### NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION

TO:    Terence E. Timblin, Esq.
         Vernier & Maher LLP
         115 Hesler Place, Ground Floor
         Gov. Joseph Flores Bldg.
         Hagatna, Guam 96910

         Attorney for Defendants Garry M. Pascoe and
         American Home Assurance Company

Please take notice that on behalf of plaintiffs, the following deposition will take place at the Law Offices of Wayson Wong, 142 Seaton Boulevard, Suite 203, Hagatna, Guam, on the date and time specified below:

**ORIGINAL**

| NAME AND ADDRESS | DATE AND TIME |
|---|---|
| Mr. Garry M. Pascoe<br>c/o Terence E. Timblin, Esq.<br>Address same as above | Friday, July 23, 2004<br>at 10:00 a.m. |

Said deposition will be upon oral examination pursuant to the Guam Rules of Civil Procedure before an officer duly authorized by law to administer oaths. The oral deposition will continue from day to day until completed. You are invited to attend and cross-examine.

Dated: Hagatna, Guam, July 19, 2004.

*Wayson W. S. Wong*
Wayson W. S. Wong
Attorney for Plaintiffs

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam
Dated at Hagatna, Guam

JUL 10 2006

Teresita S. Perez
Clerk, Superior Court of Guam

IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| SHAUNANNETTE D. WATSON and ) <br> GEORGE L. WATSON, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> GARRY M. PASCOE, AMERICAN ) <br> HOME ASSURANCE COMPANY, ) <br> and DOE DEFENDANTS 1 – 10, ) <br> ) <br> Defendants. ) <br> _____ ) | CIVIL CASE NO. CV 0318-02 <br><br> CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

I certify that on the date indicated below, a copy of the foregoing document was duly served by personal delivery upon the following at his last known address.

>  Terence E. Timblin, Esq.
>  Vernier & Maher LLP
>  115 Hesler Place, Ground Floor
>  Gov. Joseph Flores Bldg.
>  Hagatna, Guam 96910
>
>  Attorney for Defendants Garry M. Pascoe and
>  American Home Assurance Company

Dated: Hagatna, Guam, July 19, 2004.

do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the Clerk of the Superior Court of Guam
Dated at Hagatna, Guam

JUL 1 0 2006

Teresita S. Perez

_____
Wayson W. S. Wong
Attorney for Plaintiffs