```
DATE:  7/19/04            SUPERIOR COURT OF GUAM              TIME: 14:55:09

     CASE NO: CV0318-02
        TYPE: CIVIL
     CAPTION: SHAUNANNETTE WATSON ET AL VS. GARRY PASCOE ET AL
TOTAL AMOUNT:         10.00

Reference    Reference
Number       Date         Description              Rev_acct          Amt_Owed

040007853    7/19/2004    JBF/CV CIVIL OTHERS      33052199             10.00
```



235

I do hereby certify that the foregoing
is a full true and correct copy of the
original on file in the office of the
clerk of the Superior Court of Guam
Dated at Hagatna, Guam

JUL 1 0 2006

Teresita S. Perez

Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203
Hagatna, Guam 96910
Phone: 475-7448

Attorney for Plaintiffs

IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| SHAUNANNETTE D. WATSON and ) <br> GEORGE L. WATSON, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> GARRY M. PASCOE, AMERICAN ) <br> HOME ASSURANCE COMPANY, ) <br> and DOE DEFENDANTS 1 – 10, ) <br> ) <br> Defendants. ) <br> _____) | CIVIL CASE NO. CV 0318-02 <br><br> NOTICE OF TAKING DEPOSITION <br> UPON ORAL EXAMINATION <br> CERTIFICATE OF SERVICE |

### NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION

TO:    Terence E. Timblin, Esq.
       Vernier & Maher LLP
       115 Hesler Place, Ground Floor
       Gov. Joseph Flores Bldg.
       Hagatna, Guam 96910

       Attorney for Defendants Garry M. Pascoe and
       American Home Assurance Company

Please take notice that on behalf of plaintiffs, the following deposition will take place at the Law Offices of Wayson Wong, 142 Seaton Boulevard, Suite 203, Hagatna, Guam, on the date and time specified below:

**NAME AND ADDRESS**

Mr. Garry M. Pascoe
c/o Terence E. Timblin, Esq.
Address same as above

**DATE AND TIME**

Thursday, August 12, 2004
at 9:00 a.m.

Said deposition will be upon oral examination pursuant to the Guam Rules of Civil Procedure before an officer duly authorized by law to administer oaths. The oral deposition will continue from day to day until completed. You are invited to attend and cross-examine.

Dated: Honolulu, Hawaii, August 5, 2004.

_____
Wayson W. S. Wong
Attorney for Plaintiffs

...do hereby certify that the foregoing
...s a full true and correct copy of
original on file in the office of the
clerk of the Superior Court of Guam
Dated at Hagatna, Guam

JUL 10 2006

Teresita S. Perez

2

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| SHAUNANNETTE D. WATSON and GEORGE L. WATSON,<br><br>  Plaintiffs,<br><br>vs.<br><br>GARRY M. PASCOE, AMERICAN HOME ASSURANCE COMPANY, and DOE DEFENDANTS 1 – 10,<br><br>  Defendants. | CIVIL CASE NO. CV 0318-02<br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

I certify that on the date indicated below, a copy of the foregoing document was duly served by personal delivery upon the following at his last known address.

> Terence E. Timblin, Esq.
> Vernier & Maher LLP
> 115 Hesler Place, Ground Floor
> Gov. Joseph Flores Bldg.
> Hagatna, Guam 96910
>
> Attorney for Defendants Garry M. Pascoe and
> American Home Assurance Company

Dated: Honolulu, Hawaii, August 5, 2004.

_____
Wayson W. S. Wong
Attorney for Plaintiffs

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam. Dated at Hagatna, Guam.

JUL 10 2006

Teresita S. Perez
Clerk, Superior Court of Guam

Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203
Hagatna, Guam 96910
Phone: 475-7448

Attorney for Plaintiffs

RECEIVED
JUL 1 9 2004
SUPERIOR COURT
OF GUAM
CLERK'S OFFICE

FILED
SUPERIOR COURT
OF GUAM

2004 AUG 11 AM 10: 02

CLERK OF COURT
BY: ___

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| SHAUNANNETTE D. WATSON and ) <br> GEORGE L. WATSON, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> GARRY M. PASCOE, AMERICAN ) <br> HOME ASSURANCE COMPANY, ) <br> and DOE DEFENDANTS 1 – 10, ) <br> ) <br> Defendants. ) | CIVIL CASE NO. CV0318-02 <br><br> STIPULATION TO MOVE <br> HEARING DATE FOR <br> DEFENDANTS' MOTION <br> FOR SUMMARY JUDGMENT; <br> ORDER |

### STIPULATION TO MOVE HEARING DATE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

It is hereby stipulated by and among the parties hereto, through their respective attorneys of record, that the hearing date for defendants' motion for summary judgment presently scheduled for August 3, 2004, at 1:30 p.m., be moved to ~~September~~ Oct 14, 2004, at 1:30 p.m. or to such time at the Court's convenience, due to the plaintiffs' counsel being off-island on August 3, 2004.

Dated: Hagatna, Guam, AUG 09 2004.

_____
Wayson W. S. Wong
Attorney for Plaintiffs

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam
Dated at Hagatna, Guam

JUL 1 0 2006

Teresita S. Perez

**ORIGINAL**

_____
Terence E. Timblin
Attorney for Defendants Garry M. Pascoe
and American Home Assurance Company

APPROVED AND SO ORDERED:

_____
Judge Michael J. Bordallo

I do hereby certify that the foregoing
is a full true and correct copy of the
original on file in the office of the
clerk of the Superior Court of Guam
Dated at Hagatna, Guam

JUL 1 0 2006

Teresita S. Perez

Stipulation to Move Hearing Date for Defendants' Motion for Summary Judgment;
Order, Watson, et al. v. Pascoe, et al., Superior Court of Guam, Civil Case No.
CV10318-02

I declare under penalty of perjury that the forgoing is true and correct.

Dated: Hagatna, Guam, August 14, 2004

_____
Nova G. Calderon

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam
Dated at Hagatna, Guam

JUL 10 2006

Teresita S. Perez

Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203
Hagatna, Guam 96910
Phone: 475-7448

Attorney for Plaintiffs
IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| SHAUNANNETTE D. WATSON and GEORGE L. WATSON,<br><br>           Plaintiffs,<br><br>vs.<br><br>GARRY M. PASCOE, AMERICAN HOME ASSURANCE COMPANY, and DOE DEFENDANTS 1 – 10,<br><br>           Defendants. | CIVIL CASE NO. CV 0318-02<br><br>DECLARATION OF SERVICE |

## DECLARATION OF SERVICE

I certify that I served the document(s) listed below by delivering a copy of the document(s) to the person described below at the time, date and place set forth.

DOCUMENTS SERVED: Complaint and Summons for Shaunannette D. Watson and George L. Watson vs. Garry M. Pascoe, American Home Assurance Company and DOE Defendants 1-10.

| NAME OF PERSON SERVED | TIME | DATE | PLACE |
|---|---|---|---|
| Mr. Garry M. Pascoe | 9:07 a.m. | 8/12/04 | 142 Seaton Blvd., Suite 203, Hagatna, Guam 96910 |


Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203
Hagatna, Guam 96910
Phone: 475-7448

Attorney for Plaintiffs



## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| SHAUNANNETTE D. WATSON and GEORGE L. WATSON,<br><br>    Plaintiffs,<br><br>vs.<br><br>GARRY M. PASCOE, AMERICAN HOME ASSURANCE COMPANY, and DOE DEFENDANTS 1 – 10,<br><br>    Defendants. | CIVIL CASE NO. CV 0318-02<br><br>REQUEST FOR ENTRY OF DEFAULT; DECLARATION OF WAYSON W. S. WONG INCLUDING DECLARATION OF NONMILITARY SERVICE; CERTIFICATE OF SERVICE |

### REQUEST FOR ENTRY OF DEFAULT

The Clerk of the Above-Entitled Court will please enter the default, pursuant to Rule 55(a) of the Rules of Civil Procedure for the Superior Court of Guam, against defendant Garry M. Pascoe for the failure of that defendant to plead or otherwise defend, which facts are made to appear by the Declaration of Wayson W. S. Wong Including Declaration of Nonmilitary Service attached.

Dated: Hagatna, Guam, September 8, 2004.

_Wayson W. S. Wong_
Wayson W. S. Wong
Attorney for Plaintiffs

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the Clerk of the Superior Court of Guam
Dated at Hagatna, Guam

JUL 1 0 2006

Teresita S. Perez

**ORIGINAL**



## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| SHAUNANNETTE D. WATSON and GEORGE L. WATSON,<br><br>     Plaintiffs,<br>vs.<br><br>GARRY M. PASCOE, AMERICAN HOME ASSURANCE COMPANY, and DOE DEFENDANTS 1 – 10,<br><br>     Defendants. | CIVIL CASE NO. CV 0318-02<br><br>DECLARATION OF WAYSON W. S. WONG INCLUDING DECLARATION OF NONMILITARY SERVICE |

## DECLARATION OF WAYSON W. S. WONG
## INCLUDING DECLARATION OF NONMILITARY SERVICE

I, Wayson W. S. Wong, declare as follows:

1. I am the attorney for the plaintiffs in this case and have personal knowledge of the facts, except where indicated otherwise.

2. On March 12, 2002, plaintiffs filed the Complaint and the Summons for this case.

3. On August 12, 2004, Nova Calderon, an adult and one of the legal secretaries in my office, personally served copies of the Complaint and Summons on defendant Garry M. Pascoe while he attended the deposition I took of him for this case at my office and in the presence of his attorney for that deposition.

4. During that deposition, I asked defendant Pascoe whether he was in the military service. He told me that he had been in the United States Air Force but had since retired. Therefore, he was not in the military service at

the time of his deposition and at the time the Complaint and Summons was served on him.

5. The defendant described has failed to answer or otherwise defend against the Complaint within the time required in the Summons.

6. This declaration has been prepared to enable plaintiffs to obtain the entry of default against the defendant described pursuant to Rule 55(a) of the Rules of Civil Procedure for the Superior Court of Guam.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Hagatna, Guam, September 8, 2004.

_____
Wayson W. S. Wong

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam
Dated at Hagatna, Guam

JUL 1 0 2006

Teresita S. Perez

Terence E. Timblin
VERNIER & MAHER, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendants GARRY M. PASCOE and
AMERICAN HOME ASSURANCE COMPANY

## SUPERIOR COURT OF GUAM

| | |
|---|---|
| SHAUNANNETTE D. WATSON and GEORGE L. WATSON,<br><br>Plaintiffs,<br><br>vs.<br><br>GARRY M. PASCOE, AMERICAN HOME ASSURANCE COMPANY, and DOE DEFENDANTS 1-10,<br><br>Defendants. | CIVIL CASE NO. CV0318-02<br><br><br><br>OPPOSITION TO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT |

Defendant GARRY M. PASCOE ("PASCOE"), through counsel, VERNIER & MAHER, LLP, by Terence E. Timblin, Esq., hereby enters his opposition to Plaintiff's Request for Entry of Default as to him. Defendant PASCOE acknowledges that he has been served with copies of the Summons and Complaint, that he is not currently a member of the United States Military, and that no Answer has been filed on his behalf. However, these facts are irrelevant and the Declaration of Plaintiff's counsel that Defendant PASCOE has failed to answer or otherwise defend is false, as a Motion for Summary Judgment filed on his behalf (and that of Defendant AMERICAN HOME) is pending and no Answer is due until and unless said Motion for Summary Judgment is overruled.

1

Rule 12(b)(6) of the Guam Rules of Civil Procedure provides that the defense of failure to state a claim upon which relief can be granted may be raised by motion before pleading if a further pleading is permitted. Defendant PASCOE has filed such a motion on the basis that he is immune from this suit pursuant to the Federal Tort Claims Act. Matters outside of the pleadings have been presented in support of the motion and Rule 12(b)(6) provides in such instance that the motion shall be treated as one for summary judgment and disposed of as provided in G.R.C.P. Rule 56. The motion invokes Rule 56. Rule 12(a)(4) provides that, if the court denies the motion or postpones its disposition until the trial on the merits, the responsive pleading shall be served within 10 days after notice of the court's action. See; *Milk Drivers, Dairy and Ice Cream Employees, Laundry and Dry Cleaning Drivers, Clerical and Allied Workers, Local Union No. 387 v. Roberts Dairy*, 219 F.R.D. 151 (S.D. Iowa 2003), interpreting the analogous Federal Rule.

Respectfully submitted this 9th day of September, 2004.

**VERNIER & MAHER, LLP**
**Attorneys for Answering Defendants**
**GARRY M. PASCOE and AMERICAN HOME ASSURANCE COMPANY**

BY: _____
TERENCE E. TIMBLIN

do hereby certify that the foregoing is a full true and correct copy of original on file in the office of the clerk of the Superior Court of Guam
Dated at Hagatna, Guam

JUL 10 2006

Teresita S. Perez
Clerk, Superior Court of Guam

2

| FROM: RICHARD MARTINEZ ████████ | SUBJECT: CIVIL CASE NO. CV0318-02 |
|---|---|
| | DATE: 13 September 2004 |

**TO:** LAW OFFICES OF

**Wayson Wong**

Your Entry of Default cannot be entered at this time for reason(s) indicated:

[ ] No Proof of Service on Summons and Complaint to the corporation. [ ] No proof of service on the Complaint and Summons.
[ ] Declaration of Service filed on 1/16/02 did not indicated what document is being served.
[ ] Order of Publication incomplete. No Declaration of Mailing filed.
[ ] Service upon an individual other than an infant or an incompetent person.
[ ] Service on an officer, a managing or general agent or other agent authorized to receive service for corporation not stated.
[ ] Individual's dwelling house or usual place of abode with some person of
[ ] suitable age and discretion [ ] then residing therein.
[ ] No Affidavit of Non-Military Service on file.
[ ] Notice of Motion not to enter Default and to strike Plaintiff's counterclaim.
[ xxx] Opposition on file

Returned is the Entry of Default received on 09/08/04.

For your disposition.

*Please Reply To:*   ☞   SIGNED: Domingo M. Nego, Team MJB

**DATE:**   ☞   SIGNED:

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam
Dated at Hagatna, Guam

JUL 1 0 2006

Teresita S. Perez


RECEIVED
SEP 0 8 2004
SUPERIOR COURT
OF GUAM
CLERKS OFFICE

Wayson W. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203
Hagatna, Guam 96910
Phone: 475-7448

Attorney for Plaintiffs

IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| SHAUNANNETTE D. WATSON and GEORGE L. WATSON,<br><br>Plaintiffs,<br><br>vs.<br><br>GARRY M. PASCOE, AMERICAN HOME ASSURANCE COMPANY, and DOE DEFENDANTS 1 – 10,<br><br>Defendants. | CIVIL CASE NO. CV 0318-02<br><br>ENTRY OF DEFAULT |

### ENTRY OF DEFAULT

It appearing that defendant Garry M. Pascoe is in default for failure to plead or otherwise defend in this case as required by law, default is entered against defendant Garry M. Pascoe.

Dated: Hagatna, Guam, _____.

_____
**Deputy Clerk of the Above Entitled Court**

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam. Dated at Hagatna, Guam.

JUL 1 0 2006

Teresita S. Perez
Clerk, Superior Court of Guam

ORIGINAL

IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| SHAUNANNETTE D. WATSON and GEORGE L. WATSON, | CIVIL CASE NO. CV 0318-02 |
| Plaintiffs, | CERTIFICATE OF SERVICE |
| vs. | |
| GARRY M. PASCOE, AMERICAN HOME ASSURANCE COMPANY, and DOE DEFENDANTS 1 – 10, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I certify that on the date indicated below, a copy of the foregoing document was duly served by United States mail, postage prepaid, upon the following at his last known address.

> Terence E. Timblin, Esq.
> Vernier & Maher LLP
> 115 Hesler Place, Ground Floor
> Gov. Joseph Flores Bldg.
> Hagatna, Guam 96910
>
> Attorney for Defendants Garry M. Pascoe and
> American Home Assurance Company

Dated: Hagatna, Guam, September 8, 2004.

_____
Waysn W. S. Wong
Attorney for Plaintiffs

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam. Dated at Hagatna, Guam

JUL 1 0 2006

Teresita S. _____

Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203
Hagatna, Guam 96910
Phone: 475-7448

Attorney for Plaintiffs



FILED
SUPERIOR COURT
OF GUAM

2004 OCT -4 PM 1:49

CLERK OF COURT

BY: _____

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| SHAUNANNETTE D. WATSON and GEORGE L. WATSON,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>GARRY M. PASCOE, AMERICAN HOME ASSURANCE COMPANY, and DOE DEFENDANTS 1 – 10,<br><br>　　　　Defendants. | CIVIL CASE NO. CV0318-02<br><br>SECOND STIPULATION TO MOVE HEARING DATE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; ORDER |

### SECOND STIPULATION TO MOVE HEARING DATE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

It is hereby stipulated by and among the parties hereto, through their respective attorneys of record, that the hearing date for defendants' motion for summary judgment presently scheduled for October 14, 2004, at 1:30 p.m., be moved to **Nov. 16, 2004 1:30 pm**, or to such time at the Court's convenience, due to the plaintiffs' counsel being off-island from October 1, 2004 to November 1, 2004.

Dated: Hagatna, Guam, _____.

_Wayson W. S. Wong_
Wayson W. S. Wong
Attorney for Plaintiffs

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court.
Dated at Hagatna, Guam

JUL 10 2006

_Teresita S. Perez_
Clerk, Superior Court of Guam

ORIGINAL



_____
Terence E. Timblin
Attorney for Defendants Garry M. Pascoe
and American Home Assurance Company

APPROVED AND SO ORDERED:

_____
Hon. Michael J. Bordallo
Judge of the Above-Entitled Court

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam
Dated at Hagatna, Guam

JUL 1 0 2006

Teresita S. Perez
Superior Court of Guam

Second Stipulation to Move Hearing Date for Defendants' Motion for Summary Judgment; Order, Watson, et al. v. Pascoe, et al., Superior Court of Guam, Civil Case No. CV10318-02

Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203
Hagatna, Guam 96910
Phone: 475-7448

Attorney for Plaintiffs

IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| SHAUNANNETTE D. WATSON and<br>GEORGE L. WATSON,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>GARRY M. PASCOE, AMERICAN<br>HOME ASSURANCE COMPANY,<br>and DOE DEFENDANTS 1 – 10,<br><br>　　　　Defendants. | CIVIL CASE NO. CV 0318-02<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I certify that on October 7, 2004, a copy of the Second Stipulation to Move Hearing Date for Defendants' Motion for Summary Judgment; Order, was duly served by personal delivery, upon the following at his last known address.

　　　Terence E. Timblin, Esq.
　　　Vernier & Maher LLP
　　　115 Hesler Place, Ground Floor
　　　Gov. Joseph Flores Bldg.
　　　Hagatna, Guam 96910

　　　Attorney for Defendants Garry M. Pascoe and
　　　American Home Assurance Company

Dated: Honolulu, Hawaii, October 16, 2004.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Wayson W. S. Wong
　　　　　　　　　　　　　　　　Attorney for Plaintiffs