# SPEED MEMO

| | |
|---|---|
| **FROM:** **RICHARD B. MARTINEZ**<br>Clerk of Court<br>Superior Court of Guam<br>Guam Judicial Center<br>120 West O'Brien Drive<br>Hagåtña, Guam 96932<br>Phone: (671) 475-3420 | **SUBJECT:** **Case No. CV0318-02**<br><br>**DATE:** **01-18-06** |

**T O:** **Atty. Wason W.S. Wong     Atty. Terrence E. Timblin**

**M E S S A G E**

Attached herewith is a certified copy of a Decision and Order, rendered by the Honorable MICHAEL J. BORDALLO, filed 01-18-06

For your disposition.

*John L.G. Benavente*

**Please Reply To:**                    ☞**SIGNED:** *John L.G. Benavente Clerk III*
                                                              *Team Bordallo*

**A N S W E R**

**DATE:**                                    ☞**SIGNED:**

I do hereby certify that the forego:
a full true and correct copy of the
original on file in the office of the
Clerk of the Superior Court of Guam
Dated at Hagåtña, Guam

JUL 1 0 2006

Teresita S. Perez

IN THE SUPERIOR COURT OF GUAM
TERRITORY OF GUAM

Date Received : 1/18/2006
Date Assigned : 1/18/2006
Date Due : 1/18/2006
Date To Return: 1/18/2006
Hearing Date :

Issuing attorney:

SHAUNANETTE D. WATSON and
GEORGE L. WATSON,

         Plaintiffs,

     VS.

GARRY M. PASCOE, AMERICAN HOME
ASSURANCE COMPANY, and DOE
DEFENDANTS 1-10,

         Defendants.

CASE NO. CV 318-02

AFFIDAVIT
(✓) OF SERVICE
( ) OF NON-SERVICE
( ) OF POSTING

Roland Untalan         first being duly sworn, deposes and says:

That he/she is a Deputy Marshal of the Superior Court of Guam and a party not interested in the above-caption case. That he/she:
(✓) served upon WAYSON WS WONG

the below listed document(s) by delivering said documents to _Nova Caldwon_ personally at _Law Office_ _of Wayson Wong_ on the _19_ day of _Jan_, _06_, at _1045_.

( ) attempted to serve the below listed document(s) on the address thereon provided but was unable to effect such service for the following reason(s):

DOCUMENT(S) TO BE SERVED:

   DECISION AND ORDER         /

DOCUMENT(S) FEES   :   Attempts _____
                         Mileage _____

PITO Q. CRUZ
CHIEF MARSHAL, SUPERIOR COURT, GUAM

DATED: _____

By: _____
             DEPUTY MARSHAL

I hereby certify that the foregoing ...
... full true and correct copy of the ...
... file in the Office of the ...
... of Guam ...
... at ...

JUL 1 0 2006

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. 6 G.C.A. 4308

Executed On _1/19/04_

Teresita S. Perez

Date Received : 1/18/2006
Date Assigned : 1/18/2006
Date Due : 1/18/2006
Date To Return: 1/18/2006
Hearing Date :

Issuing attorney:

SHAUNANETTE D. WATSON and
GEORGE L. WATSON,

                    Plaintiffs,

          VS.

GARRY M. PASCOE, AMERICAN HOME
ASSURANCE COMPANY, and DOE
DEFENDANTS 1-10,

                    Defendants.

CASE NO. CV 318-02

AFFIDAVIT
(✓) OF SERVICE
( ) OF NON-SERVICE
( ) OF POSTING

_____Roland Untalan_____  first being duly sworn, deposes and says:

    That he/she is a Deputy Marshal of the Superior Court of Guam and a party not interested in the above-caption case. That he/she:
(✓)  served upon  TERENCE E TIMBLIN

the below listed document(s) by delivering said documents to **Maru Leon Guerrero** personally at *law office*

on the *19* day of *Jan*, *06*, at *1030*.

( ) attempted to serve the below listed document(s) on the address thereon provided but was unable to effect such service for the following reason(s):

DOCUMENT(S) TO BE SERVED:

    DECISION AND ORDER

DOCUMENT(S) FEES      :  Attempts      /
                         Mileage  _____

                              PITO Q. CRUZ
                    CHIEF MARSHAL, SUPERIOR COURT, GUAM

DATED: _____        By:_____

                                   **DEPUTY MARSHAL**

I hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam dated at Hagatna, Guam

JUL 10 2006

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING
IS TRUE AND CORRECT.  6 G.C.A. 4308

_____  Executed On  *1/19/06*      Teresita S. Perez



IN THE SUPERIOR COURT OF GUAM
PEOPLE OF GUAM

NOTICE OF HEARING

FILED
SUPERIOR COURT
OF GUAM

2006 JAN 26 PM 2: 01

PAGE 1

| | |
|---|---|
| CAPTION: | CIVIL CASE NO. CV0318-02 |
| | |
| SHAUNANNETTE D. WATSON,<br>GEORGE L. WATSON,<br>　　　　　　　PLAINTIFFS, | Before the Honorable: |
| | |
| VS. | JUDGE MICHAEL J. BORDALLO |
| | |
| GARRY M. PASCOE,<br>AMERICAN HOME ASSURANCE COMPANY,<br>　　　　　　DEFENDANTS. | |

TO:　TERENCE E TIMBLIN
　　　ATTORNEY FOR DEFENDANT

　　　WAYSON WS WONG
　　　ATTORNEY FOR PLAINTIFF

---

YOU ARE HEREBY NOTIFIED THAT THE ABOVE-CAPTIONED
CASE IS SCHEDULED BEFORE THIS COURT

TIME:　　　　DATE:　　　　　PURPOSE OF HEARING:

9:00 AM　　FEBRUARY 14, 2006　　FURTHER PROCEEDINGS

REMARKS:

RICHARD B. MARTINEZ
ACTING CLERK, SUPERIOR COURT OF GUAM

DATE: 1-18-06　　　　　BY: _____
　　　　　　　　　　　　　　CYNTHIA C. SABLAN
　　　　　　　　　　　　　　　DEPUTY CLERK

RECEIVED FOR SERVICE:

I do hereby certify that the foregoing
is a full true and correct copy of the
original on file in the office of the
Clerk of the Superior Court of Guam
Dated at Hagatna, Guam

JUL 1 0 2006

Teresita S. Perez

| | |
|---|---|
| Date Received : | 1/30/2006 |
| Date Assigned : | 1/30/2006 |
| Date Due : | 2/03/2006 |
| Date To Return: | 1/30/2006 |
| Hearing Date : | 2/14/2006 |

Issuing attorney:

SHAUNANETTE D. WATSON and
GEORGE L. WATSON,

          Plaintiffs,

      VS.

GARRY M. PASCOE, AMERICAN HOME
ASSURANCE COMPANY, and DOE
DEFENDANTS 1-10,

          Defendants.

CASE NO. CV 318-02

AFFIDAVIT
(✓) OF SERVICE
( ) OF NON-SERVICE
( ) OF POSTING

_Roland Untalan_        first being July sworn, deposes and says:

That he/she is a Deputy Marshal of the Superior Court of Guam and a party not interested in the above-caption case. That he/she:

(✓) served upon   WAYSON WS WONG

the below listed document(s) by delivering said documents to **Nova Calderon of Wayson Wong** personally at **law office** on the **30** day of **Jan, CC**, at **1022**.

( ) attempted to serve the below listed document(s) on the address thereon provided but was unable to effect such service for the following reason(s):

DOCUMENT(S) TO BE SERVED:

   NOTICE OF HEARING

DOCUMENT(S) FEES    :    Attempts    1
                          Mileage _____

PITO Q. CRUZ
CHIEF MARSHAL, SUPERIOR COURT, GUAM

DATED: _____

By: _____
                DEPUTY MARSHAL

do hereby certify that the foregoing
is a full true and correct copy of the
original on file in the office of the
Clerk of the Superior Court of Guam
located at Hagatna, Guam

JUL 1 0 2006

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING
IS TRUE AND CORRECT.   6 G.C.A. 4308

**Roland T. Untalan**    Executed On   1/30/06

IN THE SUPERIOR COURT OF GUAM
TERRITORY OF GUAM

Date Received : 1/30/2006
Date Assigned : 1/30/2006
Date Due : 2/03/2006
Date To Return: 1/30/2006
Hearing Date : 2/14/2006

Issuing attorney:

SHAUNANETTE D. WATSON and )
GEORGE L. WATSON, )

        Plaintiffs, )

        VS. )
)
GARRY M. PASCOE, AMERICAN HOME )
ASSURANCE COMPANY, and DOE )
DEFENDANTS 1-10, )
)
        Defendants. )
)

CASE NO. CV 318-02

AFFIDAVIT
(✓) OF SERVICE
( ) OF NON-SERVICE
( ) OF POSTING

___Roland Untalan___      first being duly sworn, deposes and says:

That he/she is a Deputy Marshal of the Superior Court of Guam and a party not interested in the above-caption case. That he/she:

(✓) served upon ___TERENCE E TIMBLIN___

the below listed document(s) by delivering said documents to _Silveta San Nicolas_ personally at _Mother Yan20 Flynn Timblin_ on the _30th_ day of _January_, _2006_, at _10:10am_.

( ) attempted to serve the below listed document(s) on the address thereon provided but was unable to effect such service for the following reason(s):

DOCUMENT(S) TO BE SERVED:

    NOTICE OF HEARING

DOCUMENT(S) FEES   :   Attempts    _1_
                       Mileage  _____

PITO Q. CRUZ
CHIEF MARSHAL, SUPERIOR COURT, GUAM

DATED: _____

By: _____
DEPUTY MARSHAL

I hereby certify that the foregoing a full true and correct copy of the original on file in the office of the Clerk of the Superior Court of Guam Dated at Hagatna, Guam

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. 6 G.C.A. 4308

JUL 1 0 2006

Roland T. Untalan    Executed On _1/30/06_    Terasita S. Perez

FILED
SUPERIOR COURT
OF GUAM

2006 MAR 14 PM 2: 43

CLERK OF COURT

BY:_____

Terence E. Timblin
**MAHER · YANZA · FLYNN · TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendants GARRY M. PASCOE and
AMERICAN HOME ASSURANCE COMPANY

# SUPERIOR COURT OF GUAM

| | |
|---|---|
| SHAUNANNETTE D. WATSON and GEORGE L. WATSON, | CIVIL CASE NO. CV0318-02 |
| Plaintiffs, | |
| vs. | CERTIFICATE OF SERVICE |
| GARRY M. PASCOE, AMERICAN HOME ASSURANCE COMPANY, and DOE DEFENDANTS 1-10, | |
| Defendants. | |

I, **TERENCE E. TIMBLIN**, hereby certify that on the 14th day of March, 2006, I caused copies of the following:

1.    **Notice of Hearing on Petition for Certification that Defendant PASCOE was Acting in the Course of Federal Employment;**

2.    **Petition for Certification that Defendant PASCOE was Acting in the Course of Federal Employment; and**

3.    **Memorandum of Points and Authorities in Support of Petition for Certification that Defendant PASCOE was Acting in the Course of Federal Employment,**

I do hereby certify that the foregoing
is a full true and correct copy of the
original on file in the office of the
Clerk of the Superior Court of Guam
Located at Hagåtña, Guam

JUL 1 0 2006

Q. P.

which were submitted and/or filed with the Court on March 14, 2006, to be served upon the parties hereto, by either delivering and leaving a copy of same to their attorneys of record, or by depositing a copy of same in the U.S. Mail, postage prepaid, via certified mail, returned receipt requested, addressed to their attorneys of record at their last known address, as follows:

**- VIA HAND-DELIVERY -**

Wayson W.S. Wong, Esq.
**LAW OFFICES OF WAYSON WONG**
A Professional Corporation
142 Seaton Blvd., Suite 203
Hagåtña, Guam 96910
**Attorneys for Plaintiffs**
**SHAUNANNETTE D. WATSON and GEORGE L. WATSON**

Leonardo M. Rapadas, United States Attorney
Mikel W. Schwab, Assistant United States Attorney
**OFFICE OF THE UNITED STATES ATTORNEY – DISTRICT OF GUAM**
108 Hernan Cortes Avenue, Suite 500
Hagåtña, Guam 96910
**Attorneys for UNITED STATES OF AMERICA**

**- VIA U.S. MAIL (CERTIFIED/RETURN RECEIPT) -**

**Alberto R. Gonzales, United States Attorney General**
**OFFICE OF THE UNITED STATES ATTORNEY GENERAL**
**U.S. DEPARTMENT OF JUSTICE**
**950 Pennsylvania Avenue, N.W.**
**Washington, D.C. 20530-0001**

Dated this 14th day of March, 2006.

**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
**Attorneys for Defendants GARRY M. PASCOE**
**and AMERICAN HOME ASSURANCE COMPANY**

BY: _____
TERENCE E. TIMBLIN, ESQ.

do hereby certify that the forego a full true and correct copy original on file in the office of clerk of the Superior Court of G Dated at Hagåtña, Guam

JUL 1 0 2006

Teresita S. Perez

FILED
SUPERIOR COURT
OF GUAM

2006 MAR 14 PM 2: 42

CLERK OF COURT

BY:_____

Terence E. Timblin
**MAHER · YANZA · FLYNN · TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendants GARRY M. PASCOE and
AMERICAN HOME ASSURANCE COMPANY

# SUPERIOR COURT OF GUAM

SHAUNANNETTE D. WATSON and
GEORGE L. WATSON,

        **Plaintiffs,**

        **vs.**

GARRY M. PASCOE, AMERICAN
HOME ASSURANCE COMPANY,
and DOE DEFENDANTS 1-10,

        **Defendants.**
_____/

CIVIL CASE NO. CV0318-02

**MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT OF
PETITION FOR CERTIFICATION
THAT DEFENDANT PASCOE
WAS ACTING IN THE COURSE OF
FEDERAL EMPLOYMENT**

## APPLICABLE LAW

28 U.S.C. §2674 waives the sovereign immunity of the United States "relating

to tort claims, in the same manner and to the same extent as a private individual under

like circumstances". 28 U.S.C. §2672 provides the procedure by which Federal

agencies may resolve claims against them for personal injury or property damage

"caused by the negligent or wrongful act or omission of any employee of the agency

while acting within the scope of his office or employment". 28 U.S.C. §1346(b) grants

do hereby certify that the foregoing
is a full true and correct copy of the
original on file in the office of the
clerk of the Superior Court of Guam
Dated at Hagatna, Guam

JUL 1 0 2006

_____ S. Perez

1

jurisdiction to federal courts of civil actions over such claims. 28 U.S.C. §2679(b)(1) provides as follows:

> The remedy against the United States provided by sections 1346(b) and 2672 of this title for injury or loss of property, or personal injury or death arising or resulting from the negligent or wrongful act or omission of any employee of the Government while acting within the scope of his office or employment is exclusive of any other civil action or proceeding for money damages by reason of the same subject matter against the employee whose act or omission gave rise to the claim or against the estate of such employee. Any other civil action or proceeding for money damages arising out of or relating to the same subject matter against the employee or the employee's estate is precluded without regard to when the act or omission occurred.

28 U.S.C. §2679(c) provides that the Attorney General shall defend the employee and that the employee shall deliver all process served upon him to his immediate superior or to whomever was designated by the head of his department to receive such papers and such process be furnished to the United States attorney for the district in which the proceeding was brought.

Section 2679(b)(1) and (2) provide for certification by the Attorney General that the employee was acting in the course of his Federal employment and for removal of the case to the appropriate district court. Section 2679(b)(3) provides as follows:

> In the event that the Attorney General has refused to certify scope of office or employment under this section, the employee may at any time before trial petition the court to find and certify that the employee was acting within the scope of his office or employment. Upon such certification by the court, such action or proceeding shall be deemed to be an action or proceeding brought against the United States under the provisions of this title and all references thereto, and the United States shall be substituted as the party defendant. A copy of the petition shall be served upon the United States in accordance with the provisions of Rule

2

4(d)(4) of the Federal Rules of Civil Procedure. In the event the petition is filed in a civil action or proceeding pending in a State court, the action or proceeding may be removed without bond by the Attorney General to the district court of the United States for the district and division embracing the place in which it is pending. If, in considering the petition, the district court determines that the employee was not acting within the scope of his office or employment, the action or proceeding shall be remanded to the State court.

## FACTUAL AND PROCEDURAL BACKGROUND

This case arises out of an accident that took place on Andersen Air Force Base on March 13, 2000 involving privately owned vehicles driven by Plaintiff SHAUNANNETTE D. WATSON and Defendant GARRY M. PASCOE ("PASCOE"). At the time of the accident, Defendant PASCOE was an active duty member of the United States Air Force, employed as a fire fighter, and was the Acting Fire Chief for Andersen Air Force Base. It was a requirement of his position that Defendant PASCOE be on call for emergencies 24 hours a day and, when the accident occurred, he was responding to a report of an incoming helicopter that was on fire. See, Declaration of GARRY M. PASCOE filed herein on April 6, 2004, and excerpt of Andersen Fire Department Daily Activity Log as to the helicopter incident, attached thereto as Exhibit A.

The Complaint was filed on March 12, 2002 and served on Defendant PASCOE on August 12, 2004. Copies of the Complaint and other relevant documents were served on the Legal Department at Andersen Air Force Base on August 13, 2004 and on the United States Attorney's Office for the District of Guam on August 26, 2004. See, Submission of Documentation of Tender of Claim to United States, filed on November 15, 2004.

3

# ARGUMENT

It is beyond rational doubt that Defendant PASCOE was acting in the course of his employment. While a fireman driving from his home to a fire station prior to the beginning of his shift would not be acting in the course of his employment, one who is directly responding to reported emergency certainly is. _The Estate of Gary E. Soupene, et al. v. Robert A. Lignitz_, 960 P.2d 205 (Kan. 1998); _DeLong v. Miller_, 426 A.2d 1171 (Pa.Super. 1981); _LeFebvre v. Workmen's Comp.App.Bd._, 69 Cal.2d 386, 388, 71 Cal.Rptr. 703 (1968); _Strickland v. Galloway_, 560 S.E.2d 448 (S.Car. 2002); _Matlock v. Hankel_, 707 So.2d 1016 (La.App. 1998); _Malone v. Jacobs_, 88 A.D.2d 927, 450 N.Y.S.2d 885 (1982); _Lightning Rod Mutual Insurance Company, et al. v. Shilling_, 83 Ohio Misc.2d 1, 677 N.E.2d 1266 (1993); _Held v. Rocky River_, 516 N.E.2d 1272 (Ohio App. 1986). Further, Defendant PASCOE was on call for emergencies, and therefore on duty, 24 hours a day. Any doubt that he was responding to the helicopter incident is dispelled by the chronology set forth in the Andersen Fire Department Log, Plaintiffs' Federal tort claim form, and the Accident Report prepared by the Andersen Air Force Base police. Exhibits "F" and "I" to Defendants' Motion for Summary Judgment filed herein on April 7, 2004. The claim form states that the accident occurred at 12:20 p.m. on March 13, 2000. The Log indicates that the helicopter incident was first reported to the Andersen Fire Department at 12:19 p.m. and the Accident Report states that the accident took place at 12:24 p.m.

In addition, two officers of the United States Air Force have stated that he was acting in the course of his employment. See, Memorandum of Col. John L. Eunice III, dated September 13, 2004, attached to Submission of Documentation of Tender of

4

Claim to United States; and e-mail from Capt. Travis A. Hubble, dated January 27, 2006, a copy of which is attached hereto marked Exhibit "A" and incorporated herein by this reference.

## CONCLUSION

Defendant PASCOE was acting in the course of his employment with the United States Government when the accident occurred and he respectfully requests that the Court issue its certification to that effect, and order that the United States be substituted as the Defendant in this matter.

Respectfully submitted this _14th_ day of March, 2006.

**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
**Attorneys for Defendants GARRY M. PASCOE**
**and AMERICAN HOME ASSURANCE COMPANY**

BY: _____
TERENCE E. TIMBLIN, ESQ.



I do hereby certify that the foregoing is a full true and correct copy of the original on file in the same office of the Clerk of the Superior Court of Guam. Dated at Hagåtña, Guam

JUL 1 0 2006

Teresita S. Perez

## Terence E. Timblin

**From:** Hubble Travis A Capt 36 AEW/JA [Travis.Hubble@andersen.af.mil]
**Sent:** Friday, January 27, 2006 5:42 PM
**To:** Terence E. Timblin
**Subject:** RE: Watson v. Pascoe

Mr. Timblin,
I received your fax with the ruling on summary judgment in the case of Watson v. Pascoe. I sent a litigation report to AF JAG headquarters (AFLSA/JACT) on this case by express mail on December 5. In the lit report, I recommended that the United States substitute itself for Mr. Pascoe. The next step is for JACT to contact the U.S. Attorney and provide the agency's recommendation for substitution. I understand that JACT contacted Mikol Schwab regarding the matter just a couple of days ago. If you have not already done so, please get in touch with him to ascertain what he wants to do with the case.
Capt Hubble



I do hereby certify that the forego:
is a full true and correct copy of the
original on file in the office of the
clerk of the Superior Court of Guam
Dated at Hagåtña, Guam

JUL 10 2006

Teresita S. Perez

1/30/2006


Exhibit

4

Terence E. Timblin
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
**Governor Joseph Flores Building**
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendants GARRY M. PASCOE and
AMERICAN HOME ASSURANCE COMPANY

FILED
SUPERIOR COURT
OF GUAM

2006 MAR 14 PM 2: 41

CLERK OF COURT
BY:_____

# SUPERIOR COURT OF GUAM

| | |
|---|---|
| SHAUNANNETTE D. WATSON and GEORGE L. WATSON, | CIVIL CASE NO. CV0318-02 |
| Plaintiffs, | |
| vs. | PETITION FOR CERTIFICATION THAT DEFENDANT PASCOE WAS ACTING IN THE COURSE OF FEDERAL EMPLOYMENT |
| GARRY M. PASCOE, AMERICAN HOME ASSURANCE COMPANY, and DOE DEFENDANTS 1-10, | |
| Defendants. | |

COMES NOW, Petitioner, GARRY M. PASCOE ("PASCOE"), through counsel, MAHER • YANZA • FLYNN • TIMBLIN, LLP, by Terence E. Timblin, Esq., and respectfully shows:

Petitioner PASCOE is a Defendant in the above-entitled action to recover damages for the allegedly negligent operation of a motor vehicle by Petitioner PASCOE, now pending in this court.

This Petition is filed under the provisions of 28 U.S.C.A. §2679(d).

1

The exclusive remedy of Plaintiffs SHAUNANNETTE D. WATSON and GEORGE L. WATSON for the claims asserted in the Complaint is an action against the United States, pursuant to the Federal Tort Claims Act, 28 U.S.C.A. §2679(b) ("Act").

Pursuant to the express provisions of that Act, this Court should certify that Petitioner PASCOE was acting in the course of his Federal employment at the time and place that the incident, which is the subject of this action, occurred and the proceedings should be deemed a tort action against the United States.

Wherefore, Petitioner PASCOE requests that the Court make the certification, as provided by 28 U.S.C.A. §2679(d) and order that the United States be substituted as the Defendant in this matter.

Dated this ___/4th___ day of March, 2006.

**MAHER · YANZA · FLYNN · TIMBLIN, LLP**
**Attorneys for Defendants GARRY M. PASCOE**
**and AMERICAN HOME ASSURANCE COMPANY**

BY: _____
TERENCE E. TIMBLIN, ESQ.

do hereby certify that the foregoing
is a full true and correct copy
original on file in the office
Clerk of the Superior Court of Guam
Dated at Hagatna, Guam

JUL 1 0 2006

Teresita S. Perez

2

RECEIVED
2:43 pm
MAR 1 4 2006
SUPERIOR COURT
CLERK OF GUAM
CLERKS OFFICE

FILED
SUPERIOR COURT

20 MAR 29 FM 4:25

DONNA
CLERK OF COURT

1  Terence E. Timblin
2  **MAHER · YANZA · FLYNN · TIMBLIN, LLP**
   115 Hesler Place, Ground Floor
3  Governor Joseph Flores Building
   Hagåtña, Guam 96910
4  Telephone No.: (671) 477-7059
   Facsimile No.: (671) 472-5487
5

6  Attorney for Defendants GARRY M. PASCOE and
   AMERICAN HOME ASSURANCE COMPANY

7

8  # SUPERIOR COURT OF GUAM

9

10  SHAUNANNETTE D. WATSON and             CIVIL CASE NO. CV0318-02
    GEORGE L. WATSON,
11

12          **Plaintiffs,**

13          vs.                            NOTICE OF HEARING ON PETITION
                                           FOR CERTIFICATION THAT
14  GARRY M. PASCOE, AMERICAN             DEFENDANT PASCOE WAS ACTING
    HOME ASSURANCE COMPANY,              IN THE COURSE OF FEDERAL
15  and DOE DEFENDANTS 1-10,             EMPLOYMENT

16          **Defendants.**
                                    /
17

18  **TO:  PLAINTIFFS AND THEIR ATTORNEY OF RECORD, WAYSON W.S. WONG
         OFFICE OF THE UNITED STATES ATTORNEY, DISTRICT OF GUAM**
19       **ATTORNEY GENERAL OF THE UNITED STATES**

20       **PLEASE TAKE NOTICE** that on *May 30, 2006* , at *1:30 p* .m.,
21
    Defendant/Petitioner GARRY M. PASCOE will seek certification from this Court that
22
    he was acting in the course of his employment with the Federal Government at the
23
    time and place of the incident that is the subject of the lawsuit, for the purpose of
24
    having the United States substituted as a Defendant in this matter. This Petition is
25

I hereby certify that the foregoing
is a full true and correct copy of the
original on file in the office of the
clerk of the Superior Court of Guam
Dated at Hagåtña, Guam

JUL 1 0 2006

Teresita S. Perez

1

brought pursuant to 28 U.S.C.A. §2679(d), and is supported by the record of the proceedings, together with the Memorandum of Points and Authorities and exhibits filed contemporaneously therewith.

Dated this _14th_ day of March, 2006.

**MAHER · YANZA · FLYNN · TIMBLIN, LLP**
**Attorneys for Defendants GARRY M. PASCOE**
**and AMERICAN HOME ASSURANCE COMPANY**

BY: _____
TERENCE E. TIMBLIN, ESQ.

2


I hereby certify that the foregoing
is a full true and correct copy of the
original in the office of the
Clerk of the Superior Court of Guam
filed at Hagåtña, Guam

JUL 10 2006

Rosita S. Perez

Terence E. Timblin
**MAHER · YANZA · FLYNN · TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendants GARRY M. PASCOE and
AMERICAN HOME ASSURANCE COMPANY

FILED
SUPERIOR COURT
OF GUAM

2006 APR -3 PM 3: 06

CLERK OF COURT
BY...

# SUPERIOR COURT OF GUAM

SHAUNANNETTE D. WATSON and
GEORGE L. WATSON,

       **Plaintiffs,**

    **vs.**

GARRY M. PASCOE, AMERICAN
HOME ASSURANCE COMPANY,
and DOE DEFENDANTS 1-10,

       **Defendants.**
_____/

CIVIL CASE NO. CV0318-02

**DECLARATION OF MAILING**

I, **SURETA SAN NICOLAS**, hereby declare as follows:

1.    I am an employee of the law firm of MAHER · YANZA · FLYNN ·

TIMBLIN, LLP, attorneys for Defendants, in the above-entitled action.

2.    I am over the age of eighteen (18), not a party to the within entitled

action or interested in any event thereof.

3.    On Monday, April 3, 2006, I caused a copy of the Notice of Hearing on

Petition for Certification that Defendant Pascoe was Acting in the Course

of Federal Employment filed herein on March 29, 2006, to be deposited



JUL 10 2006

in the United States Mail, first class, postage prepaid, addressed to Alberto R. Gonzales, United States Attorney General, at his last known address as follows:

**Alberto R. Gonzales, United States Attorney General**
**OFFICE OF THE UNITED STATES ATTORNEY GENERAL**
**U.S. DEPARTMENT OF JUSTICE**
**950 Pennsylvania Avenue, N.W.**
**Washington, D.C.  20530-0001**

4.    That said mailing referred to in paragraph 3, *supra,* was by certified mail, return receipt requested, and a copy of the U.S. Postal Service Certified Mail Receipt for said certified mail is attached hereto, marked Exhibit "A" and incorporated herein by this reference.

I declare under the penalty of perjury (6 G.C.A. §4308), under the laws of Guam, that the foregoing is true and correct.

Executed at Hagatna, Guam, this 3rd day of April, 2006.

**SURETA SAN NICOLAS**



do hereby certify that the forego...
a full true and correct copy of the
original on file in the office of the
clerk of the Superior Court of Guam
Dated at Hagatna, Guam

JUL 1 0 2006

Teresita S. Perez

2

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

O F F I C I A L   U S E

| | | |
|---|---|---|
| Postage | $ | .39 |
| Certified Fee | | 2.40 |
| Return Receipt Fee (Endorsement Required) | | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.64 |

Sent To Alberto R. Gonzalez, US Atty General Office of the US Atty
Street, Apt. No.; US Department of Justice
or PO Box No. 450 Pennsylvania Avenue, N.W.
City, State, ZIP+ 4 Washington, D.C. 20530-0001

PS Form 3800, January 2001                    See Reverse for Instructions

I do hereby certify that the foregoing
is a full true and correct copy of the
original on file in the office of the
clerk of the Superior Court of Guam
Dated at Hagatna, Guam

JUL 1 0 2006



Teresita S. Perez



Exhibit

A

Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203
Hagatna, Guam 96910
Phone: 475-7448



Attorney for Plaintiffs

### IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| SHAUNANNETTE D. WATSON and GEORGE L. WATSON, ) ) ) | CIVIL CASE NO. CV 0318-02 |
| Plaintiffs, ) ) | PLAINTIFFS' MEMORANDUM IN OPPOSITION TO PETITION FOR CERTIFICATION THAT DEFENDANT |
| vs. ) ) | PASCOE WAS ACTING IN THE COURSE OF FEDERAL EMPLOYMENT; |
| GARRY M. PASCOE, AMERICAN HOME ASSURANCE COMPANY, and DOE DEFENDANTS 1 – 10, ) ) ) ) | CERTIFICATE OF SERVICE |
| | Hrg. Date: May 30, 2006 |
| Defendants. ) ) | Time:       1:30 p.m. Judge:      Hon. Michael Bordallo |

### PLAINTIFFS' MEMORANDUM IN OPPOSITION TO PETITION FOR CERTIFICATION THAT DEFENDANT PASCOE WAS ACTING IN THE COURSE OF FEDERAL EMPLOYMENT

Plaintiffs Shaunannette D. Watson and George L. Watson (collectively, the "Watsons"),

by and through their attorney, Wayson W. S. Wong, Esq., of the Law Offices of Wayson Wong,

A Professional Corporation, oppose the Petition for Certification That Defendant Pascoe Was

Acting in the Course of Federal Employment filed on March 14, 2006, by defendant and

petitioner Garry M. Pascoe ("Mr. Pascoe") primarily because of their concern that this Court

lacks jurisdiction to certify pursuant to Federal statute that Mr. Pascoe was acting in the course

of his Federal employment at the time of the motor vehicle accident involved in this case such



I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam. Dated at Hagatna, Guam

**ORIGINAL**

JUL 1 0 2006

Teresita S. Perez

Additionally, it is unclear whether that issue should be decided on the basis of summary judgment standards or lesser standards, and with or without an evidentiary hearing. As the Watsons have pointed out in their previous opposition to Mr. Pascoe's motion for summary judgment, there are genuine issues of material facts as to the scope of employment issue.

For these reasons, the Watsons respectfully ask this Court to deny the petition and encourage Mr. Pascoe to file it in the United States District Court for the Territory of Guam.

Dated: Honolulu, Hawaii, May 15, 2006.

Wayson W. S. Wong
Wayson W. S. Wong
Attorney for Plaintiffs

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the Clerk of the Superior Court of Guam. Dated at Hagatna, Guam

JUL 1 0 2006

Teresita S. Ramirez

## IN THE SUPERIOR COURT OF GUAM

SHAUNANNETTE D. WATSON and
GEORGE L. WATSON,

    Plaintiffs,

  vs.

GARRY M. PASCOE, AMERICAN
HOME ASSURANCE COMPANY,
and DOE DEFENDANTS 1 – 10,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL CASE NO.  CV 0318-02

CERTIFICATE OF SERVICE

---

### CERTIFICATE OF SERVICE

I certify that on the date indicated below, a copy of the foregoing document was duly

served by personal delivery, upon the following at their last known addresses.

    Terence E. Timblin, Esq.
    Maher Yanza Flynn Timblin, LLP
    115 Hesler Place, Ground Floor
    Gov. Joseph Flores Bldg.
    Hagatna, Guam  96910

    Attorney for Defendants Garry M. Pascoe and
    American Home Assurance Company

    Mikel W. Schwab, Esq.
    Assistant U. S. Attorney
    U. S. Attorney's Office - Guam
    108 Herman Cortes Ave., Suite 500
    Hagatna, Guam  96910

    Attorney for the United States of America

Dated:  Honolulu, Hawaii, May 15, 2006.

I hereby certify that the forego...
... is full true and correct copy of the
...riginal on file in the office of the
Clerk of the Superior Court of Guam
Dated at Hagatna, Guam

JUL 1 0 2006

Teresita S. Perez

      *Wayson W. S. Wong*
      Wayson W. S. Wong
      Attorney for Plaintiffs

Terence E. Timblin
**MAHER · YANZA · FLYNN · TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendants GARRY M. PASCOE and
AMERICAN HOME ASSURANCE COMPANY

# SUPERIOR COURT OF GUAM

| | |
|---|---|
| SHAUNANNETTE D. WATSON and GEORGE L. WATSON, | CIVIL CASE NO. CV0318-02 |
| Plaintiffs, | |
| vs. | REPLY MEMORANDUM IN SUPPORT OF PETITION FOR CERTIFICATION THAT DEFENDANT PASCOE WAS ACTING IN THE COURSE OF FEDERAL EMPLOYMENT; CERTIFICATE OF SERVICE |
| GARRY M. PASCOE, AMERICAN HOME ASSURANCE COMPANY, and DOE DEFENDANTS 1-10, | |
| Defendants. | |

COMES NOW, Petitioner, GARRY M. PASCOE ("PASCOE") and AMERICAN

HOME ASSURANCE COMPANY ("AMERICAN HOME"), through counsel, MAHER ·

YANZA · FLYNN · TIMBLIN, LLP, by Terence E. Timblin, Esq., and hereby submit

their Reply Memorandum in Support of their Petition for Certification that Defendant

PASCOE was acting in the course of his Federal employment at the time and place

that the incident that is the subject of this action occurred.

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam. Dated at Hagatna, Guam

JUL 10 2006

Teresita S. Perez

1