deposition, Mr. Pascoe reaffirmed everything that he stated in his Declaration. The arguments in Mr. Wong's letter are all dealt with in the Motion.

As indicated by the documents that I previously supplied to you, Mr. Wong attempted to negotiate a settlement of the Federal Tort Claim with the Air Force and the Air Force offered $5,000.00, which he rejected. He then failed to file suit and the six-month period for doing so, set forth in 28 USC 2401, has now elapsed. In the event that Mr. Pascoe has been properly served, please consider this to be a request to have the United States substituted as defendant and the case removed to District Court, pursuant to 28 USC 2679. The United States would appear to have a sure fire motion to dismiss for failure to file suit after the Tort Claim was denied.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

**VERNIER & MAHER, LLP**

Terence E. Timblin

Enclosure – Letter from Wayson W.S. Wong, Esq., dated August 16, 2004, with enclosures.

cc: Ms. Anita Fisher (w/out enclosure)

*I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the Clerk of the Superior Court of Guam Dated at Hagatna, Guam*

JUL 10 2006

Teresita S. Perez

# VERNIER & MAHER, LLP

D. Paul Vernier, Jr.
John B. Maher

115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagatna, Guam 96910-5004
Telephone: (671) 477-7059
Facsimile: (671) 472-5487
Email: vernier@ite.net

Louie J. Yanza
Michael D. Flynn, Jr.
Terence E. Timblin

August 26, 2004

**VIA HAND-DELIVERY**


U.S. ATTORNEY'S OFFICE
DISTRICTS OF GUAM & NMI
AUG 26 2004
4:22 pm
RECEIVED

Mikel W. Schwab, Asst. U.S. Attorney
**OFFICE OF THE UNITED STATES ATTORNEY**
108 Hernan Cortez Avenue, Suite 500
Hagatna, Guam 96910

RE: **SHAUNANNETTE D. WATSON, ET AL. v. GARY M. PASCOE, ET AL.
SUPERIOR COURT OF GUAM, CIVIL ACTION NO. CV0318-02**

Dear Mikel:

This is to follow up our phone conversation of August 25, 2004 regarding the above matter. Enclosed with this letter you will please find the following:

1. Summons and Complaint;
2. Defendants' Motion for Summary Judgment;
3. Declaration of Garry M. Pascoe;
4. Deposition Transcript of Garry M. Pascoe;
5. Letter from Wayson W.S. Wong dated July 19, 2004;
6. Letter from Terence E. Timblin dated July 22, 2004 with enclosures;
7. Letter from Wayson W.S. Wong dated July 23, 2004 with enclosures;
8. Letter from Terence E. Timblin dated August 2, 2004;
9. Letter from Wayson W.S. Wong dated August 16, 2004 with enclosures;
10. Letter from Terence E. Timblin dated August 19, 2004;
11. Letter from Terence E. Timblin dated August 24, 2004; and
12. Letter from Wayson W.S. Wong dated August 23, 2004 (Hawaii time).

I believe that these documents accurately reflect the current status of this litigation. To summarize:

Mr. Pascoe was involved in a collision with a vehicle driven by Mrs. Watson on Andersen Air Force Base on March 13, 2000. At the time, Mr. Pascoe was an active duty member of the Air Force and the acting Fire Chief for Andersen and, as such, was on call 24 hours a day. He had been on duty that day and had gone home to his residence for lunch. He received a call on his radio of an emergency, that is an inbound helicopter with an onboard fire. Mr. Pascoe backed

this up with a copy of the Fire Department log documenting the emergency. Mr. Pascoe was responding to this call when the accident occurred.

Mrs. Watson's attorney, Mr. Wong, filed a Federal Tort Claim as well as this lawsuit against Mr. Pascoe and his insurer, American Home Assurance Company ("American Home"). Mr. Wong initially served American Home through its local agent, Guam Insurance Adjusters, Inc. ("GIA"), but not Mr. Pascoe. Mr. Wong reached an agreement with GIA that no Answer need be filed pending possible negotiations. Mr. Wong made no further contact with GIA. Mr. Wong attempted to negotiate a settlement of the Federal Tort Claim with the Air Force and the Air Force offered $5,000.00, which he rejected. Mr. Wong then failed to file suit and the six-month period for doing so, set forth in 28 USC 2401, has now elapsed. When GIA learned of the Federal Tort Claim, it referred the case to this office and we filed the Motion for Summary Judgment. For the reasons stated in the motion, it is our opinion that Mr. Pascoe, and therefore his personal insurer, are immune from civil liability as he was acting in the scope of his Federal employment when the accident occurred. Mr. Pascoe was served with the Summons and Complaint at his deposition on August 12, 2004. Contrary to my initial opinion, the service was valid.

On behalf of Mr. Pascoe, we request that the United States be substituted as defendant and the case removed to District Court, pursuant to 28 U.S.C. §2679. The United States would appear to have a good motion to dismiss for failure to file suit after the tort claim was denied.

As indicated by the enclosed documentation, Mr. Pascoe left Guam on August 20, 2004 to take a position at Fairford Air Force Base in England. His mailing address is:

Mr. Garry M. Pascoe
PSC #136, Box 15
APO AE 09456

We do not yet have phone a number or e-mail address for Mr. Pascoe.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

VERNIER & MAHER, LLP

Terence E. Timblin

Enclosures as stated.

cc: Ms. Anita Fisher (w/out enclosure)
Mr. Garry Pascoe (w/out enclosure)

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the Clerk of the Superior Court of Guam
Dated at Hagatna, Guam

JUL 1 0 2006

Teresita S. Perez
Clerk, Superior Court of Guam

# VERNIER & MAHER, LLP

D. Paul Vernier, Jr.  
John B. Maher

115 Hesler Place, Ground Floor  
Governor Joseph Flores Building  
Hagatna, Guam 96910-5004  
Telephone: (671) 477-7059  
Facsimile: (671) 472-5487  
Email: vernier@ite.net

Louie J. Yanza  
Michael D. Flynn, Jr.  
Terence E. Timblin

---

September 21, 2004

**VIA FACSIMILE – 472-7215**

Mikel W. Schwab, Asst. U.S. Attorney  
**OFFICE OF THE UNITED STATES ATTORNEY**  
108 Hernan Cortez Avenue, Suite 500  
Hagatna, Guam 96910

RE: **SHAUNANNETTE D. WATSON, ET AL. v. GARY M. PASCOE, ET AL.**  
**SUPERIOR COURT OF GUAM, CIVIL ACTION NO. CV0318-02**

Dear Mikel:

Enclosed is a Memorandum from Air Force Colonel John L. Eunice III certifying that Mr. Pascoe was acting in the course of his employment when the accident that is the subject of the above litigation occurred. I believe that this satisfies the conditions for the United States to be substituted as defendant and the case removed to District Court, pursuant to 28 U.S.C. §2679.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

**VERNIER & MAHER, LLP**

Terence E. Timblin

Enclosure as stated.

cc: Ms. Anita Fisher (with enclosure)  
Mr. Garry Pascoe (without enclosure)  
Capt. Sara Carpenter (with enclosure)

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the Clerk of the Superior Court of Guam  
Dated at Hagatna, Guam

JUL 18 2006

Teresita S. Perez

13 September 2004

MEMORANDUM FOR U.S. ATTORNEY'S OFFICE, GUAM
MR. MIKEL W. SCHWAB

FROM: HEADQUARTERS CENTAF/CMO

SUBJECT: Scope of Employment

I was the immediate supervisor for Garry M. Pascoe, who on 13 March 2000 was involved in a minor vehicle accident with his privately owned vehicle while responding to an aircraft in-flight emergency. He was executing his duties and acting within the scope of his employment as interim fire chief when the accident occurred.

JOHN L. EUNICE III, COLONEL, USAF

do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the Clerk of the Superior Court of Guam
Dated at Hagatna, Guam

JUL 1 0 2006

Teresita S. Perez

| Time | Speaker | Note |
|---|---|---|
| 9:08:30 AM | CF0025-06 | PEOPLE V. SEAN A. MARTINEZ*P |
| 9:08:52 AM | CRT | 6/28/06 APPT WITH DOCTOR AND REPORT |
| 9:09:39 AM | | 7/18/06 9AM S/H RE REPORT |
| 9:09:51 AM | CM41-06 | PEOPLE V. SAEN MICHIUO-P INTERPERTER PRESENT KERLEY |
| 9:10:30 AM | D/A TERLAJE D. | RECEIVED PLEA OFFER AND WILL REVIEW |
| 9:11:01 AM | | 7/13/06 9AM CONT'D CTS |
| 9:11:20 AM | CV318-02 | WATSON V. PASCOE |
| 9:11:35 AM | CRT | THIS CASE WAS REMOVED |
| 9:11:46 AM | CRT | FILING DONE JUNE |
| 9:11:57 AM | WONG/TIMBLIN | |
| 9:12:03 AM | | |
| 9:12:30 AM | DM135-06 | BONNIE S. ROBLES V. DANITE |
| 9:13:12 AM | CRT | WILL ORDER MEDIATION |
| 9:13:27 AM | | 9/22/06 DCO 10/6/06 MOC 10/13/06 9AM |
| 9:14:25 AM | CV746-06 | D&A GUAM, V. SEAN DEBEVOISE-P |
| 9:15:10 AM | DEF | |
| 9:15:18 AM | P/A | DISCUSSING A PAYMENT PLAN |
| 9:15:28 AM | | 1,100. ARREAERS |
| 9:15:41 AM | DEF | DID MOVE OUT LETICIA SHIMIZU |
| 9:16:12 AM | DEF | |
| 9:18:08 AM | | 7/706 9AM S/H |

do hereby certify that the forego...
a full true and correct copy of the
original on file in the office of the
clerk of the Superior Court of Guam
ted at Hagatna, Guam

JUL 1 0 2006

Teresita S. Perez

| Description | JUNE 19, 2006 9:00 AM | | |
|---|---|---|---|
| Date | 6/19/2006 | Location | JDMJBCRA |

*I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the Clerk of the Superior Court of Guam. Dated at Hagatna, Guam.*

JUL 10 2006

Teresita S. Perez

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for UNITED STATES OF AMERICA

**FILED**
DISTRICT COURT OF GUAM
JUL -3 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| SHAUNANNETTE D. WATSON and GEORGE L. WATSON, <br><br> Plaintiffs, <br> vs. <br><br> GARRY M. PASCOE, AMERICAN HOME ASSURANCE COMPANY, and DOE DEFENDANTS 1-10, <br><br> Defendants. | CIVIL NO. 06-00016 <br> CV 318-02-Q.4. <br><br> WRIT OF CERTIORARI TO THE SUPERIOR COURT OF GUAM, TERRITORY OF GUAM |

TO: **The Judges and Clerk of the Court of the Superior Court of Guam, Territory of Guam, Greetings:**

We being desirous that our United States District Court for the District of Guam shall be certified of a certain issue commenced in the Superior Court of Guam, Territory of Guam, entitled, <u>Shaunannette D. Watson, et. al. v. Garry M. Pascoe, et. al.</u>, Superior Court Civil Action CV0318-02, be duly removed to this Court, do hereby command that you certify and transmit the record and proceedings in the said cause to the United States District Court for the District of Guam, within ten days of the date hereof, together with this Writ, that our said Court may cause to be further done thereupon what of right ought to be done.

We further command and require you to proceed no further in the above-entitled case.

DATED: Hagatna, Guam, JUL - 3 2006.

**Mary L. M. Moran**

CLERK OF THE COURT
UNITED STATES DISTRICT COURT

I hereby certify that the annexed instrument is a true copy of the original on file in my office.
ATTEST: CLERK OF COURT
District Court of Guam
Territory of Guam

By: _____
Deputy Clerk

do hereby certify that the forego[ing]
a full true and correct copy of [the]
original on file in the office of the
Clerk of the Superior Court of Guam
Dated at Hagåtña, Guam

JUL 1 0 2006

Teresita S. Perez

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for Defendant
UNITED STATES OF AMERICA





**FILED**
DISTRICT COURT OF GUAM

JUN 2 9 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

SHAUNANNETTE D. WATSON and ) CIVIL NO. 06-00016
GEORGE L. WATSON, )
) CV 318-02 G.C.
Plaintiffs, )
vs. ) ORDER DIRECTING CLERK TO
) ISSUE WRIT OF CERTIORARI
GARRY M. PASCOE, AMERICAN HOME )
ASSURANCE COMPANY, and DOE )
DEFENDANTS 1-10, )
)
Defendants. )
_____)

The application of the Defendant United States of America, for an order directing the Clerk of this Court to issue a Writ of Certiorari to the Clerk of the Superior Court of Guam, requiring the Clerk and Court to transmit to this Clerk and Court the records of the Court in the above-entitled action having been filed and this Court having considered the application and all the matters in the premises, and good cause appearing therefor;

IT IS HEREBY ORDERED that the Clerk of this Court issue a Writ of Certiorari directed to the Clerk of the Superior Court of Guam and to the Judges thereof, commanding the Clerk of the Superior Court of Guam, to certify and transmit to this Court the record and proceedings in the above-entitled action, Superior Court Case CV0318-02, and to include therewith all pleadings, papers, orders, transcripts, and records therein.

IT IS FURTHER ORDERED that the Clerk of this Court issue a Writ of Certiorari directed to the Clerk and the Judges of the Superior Court of Guam, commanding and requiring them to proceed no further in the above-entitled case.

DATED: Hagatna, Guam, June 29 2006

WM. FREMMING NIELSEN
UNITED STATES DISTRICT JUDGE

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the Clerk of the Superior Court of Guam
Dated at Hagatna, Guam

JUL 10 2006

Teresita S. Perez