IN THE DISTRICT COURT OF GUAM
HAGÅTÑA, GUAM


**FILED**
DISTRICT COURT OF GUAM
JUL 17 2006
MARY L.M. MORAN
CLERK OF COURT

| | | |
|---|---|---|
| Shaunanette D. Watson and | ) | DISTRICT COURT |
| George L. Watson, | ) | CASE NO. CV06-00016 |
| | ) | |
| | ) | SUPERIOR COURT |
| Plaintiffs-Appellants. | ) | CASE NO. CV0318-02 |
| | ) | |
| Vs. | ) | |
| | ) | |
| Garry M. Pascoe, American Home Assurance | ) | **A M E N D E D** |
| Company, and DOE Defendants 1-10, | ) | |
| Defendants-Appellees. | ) | |

## CLERK'S CERTIFICATE OF TRANSMITTAL

The Clerk of the Superior Court of Guam do hereby submit an Amended Clerk's Certification of Transmittal to include certified copies of the Certificate of Services No. 16, filed 10/04/04 and No 28, filed 11/19/04 also to Amend No 10, To reflect, Orally notified Counsel's of rescheduled Motion hearing in court, hereby transmit to District Court on the above entitled case to wit;

***01.*** Complaint; Demand for Jury Trial of Six filed 03/12/02.

***02.*** Docketing Statement filed 03/12/02.

***03***. Summons filed 03/12/02.

***04***. Judge Assignment filed 03/21/02.

***05***. Declaration of Service filed 10/29/02.

***06***. Declaration of Garry M. Pascoe in Support of Defendants Motion for Summary Judgment filed 04/06/04

***07***. Notice of Motion and Motion for Summary Judgment file 04/07/04.

***08.*** Notice to take Deposition upon Oral Examination; Certificate of Service filed 07/19/04.

District Court Case No: CV06-00016
Superior Court Case No.: CV0318-02

*09.* Notice of taking Deposition upon Oral Examination Certificate of Service filed 08/06/04.

*10.* Orally notified Attorney's of rescheduled Motion hearing in court. 8/3/04.
(NO DOCUMENT GENERATED)

*11.* Stipulation to move hearing date for Defendant's Motion for Summary Judgment Order filed 8/11/04.

*12.* Declaration of Service filed 08/19/04.

*13.* Request for Entry of Default; Declaration of Wayson W.S. Wong including Declaration of Non-Military Service; Certificate of Service filed 09/08/04.

*14.* Opposition to Plaintiff's request for Entry of Default filed 09/10/04.

*15.* Speed Memo; Entry of Default filed 09/13/04.

*16.* Certificate of Service filed 10/04/04.

*17.* Order; Second Stipulation to move hearing date for Defendant's Motion for Summary Judgment; Order filed 10/04/04.

**18.** Certificate of Service filed 10/25/04.

*19.* Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment; Exhibits "A-D"; Declaration of Wayson W.S. Wong; Certificate of Service filed 11/03/04.

*20.* Notice of Plaintiff's Motion for Leave to file First Amended Complaint filed 11/03/04.

*21.* Plaintiff's Motion for Leave to file First Amended Complaint; Exhibit "A"; Memorandum in Support of Motion Certificate of Service filed 11/03/04.

*22.* Opposition to Plaintiff's Motion for Leave to file First Amended Complaint filed 11/05/04.

District Court Case No: CV06-00016
Superior Court Case No.: CV0318-02

23. Reply; Memorandum in Support Defendant's Motion for Summary Judgment
Filed 11/05/04.

24. Stipulation to have hearing date for Plaintiff's Motion for Leave to file First
Amended Complaint and Order filed 11/10/04.

25. Plaintiff's Reply Memorandum in Support of Plaintiff's Motion for Leave to file First
Amended Complaint; Exhibits "A-D" Certificate of Service filed 11/10/04.

26. Notice of Plaintiff's Motion for Leave to file First Amended Complaint filed
11/12/04.

27. Submission of Documentation of Tender of Claim to United States filed 11/15/04.

28. Certificate of Service filed 11/19/04.

29. Defendant's American Home Assurance Company's Submission of Insurance Policy
Filed 12/07/04.

30. Decision and Order filed 01/18/06.

31. Notice of Entry on Docket and Declaration of Mailing filed 01/18/06.

32. Affidavit of Service filed 01/25/06.

33. Affidavit of Service filed 01/25/06.

34. Notice of Hearing filed 01/26/06.

35. Affidavit of Service filed 02/03/06.

36. Affidavit of Service filed 02/03/06.

**37.** Certificate of Service filed 03/14/06

**38.** Memorandum of Points and Authorities in Support Petition for Certification that Defendant Pascoe was acting in the course of Federal Employment filed 03/14/06.

**39.** Petition for Certification that Defendant Pascoe was acting in the course of Federal Employment filed 03/14/06.

**40.** Notice of Hearing on Petition for Certification that Defendant Pascoe was acting in the Course of Federal Employment filed 03/29/06.

**41.** Declaration of Mailing filed 04/03/06.

**42.** Plaintiff's Memorandum in Opposition to Petition for Certification that Defendant Pascoe Was acting in the course of Federal Employment; Certificate of Service filed 05/16/06.

**43.** Reply Memorandum in Support of Petition for Certification that Defendant Pascoe was Acting in the course of Federal Employment; Certificate of Service filed 05/18/06.

**44.** Notice of Filing of Notice of Removal of Civil Action; Attachment; Certificate of Service Filed 06/15/06.

**45.** Writ of Certiorari to the Superior Court of Guam, Territory of Guam Filed 07/03/06.

**46.** Order Directing Clerk to Issue Writ of Certiorari filed 07/03/06.

\* Additional Documents Attached:
 Document #16 and Document #28

Dated: 7·17 06

RICHARD B. MARTINEZ
CLERK OF COURT
SUPERIOR COURT OF GUAM

\*Prepared by: T.S.P.

Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203
Hagatna, Guam 96910
Phone: 475-7448

Attorney for Plaintiffs

FILED
SUPERIOR COURT
OF GUAM

2004 OCT -4 AM 11: 46

ALFREDO M. BORLAS
CLERK OF COURT
BY:

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| SHAUNANNETTE D. WATSON and ) GEORGE L. WATSON, ) ) Plaintiffs, ) ) vs. ) ) GARRY M. PASCOE, AMERICAN ) HOME ASSURANCE COMPANY, ) and DOE DEFENDANTS 1 – 10, ) ) Defendants. ) ) | CIVIL CASE NO. CV 0318-02 CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I certify that on August 27, 2004, a copy of the Stipulation to Move Hearing Date

for Defendants' Motion for Summary Judgment; Order, was duly served by hand

delivery, upon the following at his last known address.

Terence E. Timblin, Esq.
Vernier & Maher LLP
115 Hesler Place, Ground Floor
Gov. Joseph Flores Bldg.
Hagatna, Guam 96910

Attorney for Defendants Garry M. Pascoe and
American Home Assurance Company

Dated: Hagatna, Guam, September 30, 2004.

Wayson W. S. Wong
Attorney for Plaintiffs

ORIGINAL

Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Blvd., Suite 203
Hagatna, Guam 96910
Phone: 475-7448

Attorney for Plaintiffs

FILED
SUPERIOR COURT
OF GUAM

2004 NOV 16 PM 2:39

CLERK OF COURT

BY



IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| SHAUNANNETTE D. WATSON and GEORGE L. WATSON, | ) CIVIL CASE NO. CV 0318-02 ) ) CERTIFICATE OF SERVICE |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| GARRY M. PASCOE, AMERICAN HOME ASSURANCE COMPANY, and DOE DEFENDANTS 1 – 10, | ) ) ) ) |
| Defendants. | ) ) |

## CERTIFICATE OF SERVICE

I certify that on the date indicated below, a copy of the Notice of Plaintiffs' Motion

for Leave to File First Amended Complaint was duly served by personal delivery, upon

the following at his last known address.



Terence E. Timblin, Esq.
Vernier & Maher LLP
115 Hesler Place, Ground Floor
Gov. Joseph Flores Bldg.
Hagatna, Guam 96910

Attorney for Defendants Garry M. Pascoe and
American Home Assurance Company

Dated: Hagatna, Guam, November 15, 2004.

Wayson W. S. Wong
Attorney for Plaintiffs

ORIGINAL