# DISTRICT COURT OF GUAM
**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Shaunannette D. Watson, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Garry M. Pascoe, et al., <br><br> Defendants. | Case No. 1:06-cv-00016 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Scheduling Notice filed on 8/2/2006* on the dates indicated below:

*Law Offices of Wayson Wong*  *Office of the United States Attorney*
*August 3, 2006*  *August 3, 2006*

I, Shirlene A. Ishizu, declare under the penalty of perjury that on the above listed date(s) the:

*Scheduling Notice filed on 8/2/2006*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 4, 2006                   /s/ Shirlene A. Ishizu
                                        Deputy Clerk