

**FILED**
DISTRICT COURT OF GUAM
AUG - 9 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| SHAUNANETTE D. WATSON and GEORGE L. WATSON,<br><br>Plaintiffs<br><br>vs.<br><br>GARRY M. PASCOE, AMERICAN HOME ASSURANCE COMPANY, AND DOE Defendants 1-10,<br><br>Defendants. | Civil Case No. 06-00016<br><br>**ORDER**<br>Granting Motion to Substitute |

This action was originally filed in the Superior Court of Guam, however, on June 15, 2006, the United States removed the action to this Court and filed a motion to substitute itself in place of defendant Garry Pascoe (Docket No. 4). Based on the lack of any timely filed opposition, and the United States having certified that defendant Pascoe was acting within the scope of his employment at the time of the incident out of which this action arose, the Court hereby GRANTS the motion to substitute the United States in place of defendant Pascoe.

Based on the Court's ruling, the Petition for Certification that Defendant Pascoe was Acting in the Course of Federal Employment (March 14, 2006, Document No. 39 on the Superior Court of Guam's Amended Clerk's Certificate of Transmittal) is hereby MOOT.

SO ORDERED this 9th day of August 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge