# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

# CERTIFICATE OF SERVICE

| | |
|---|---|
| Shaunanette D. Watson, et al**.,** | |
| Plaintiff, | |
| vs. | **Case No: 1:06-cv-00016** |
| Garry M. Pascoe, et al**.,** | |
| Defendants. | |

The following entity was served by first class mail on August 15, 2006:

   Wayson W.S. Wong, Esq.
   Law Offices of Wayson Wong
   142 Seaton Blvd., Suite 203
   Hagatna, Guam   96910

I, Rosita P. San Nicolas, declare under penalty of perjury that on the above-listed date I served the:

Order Granting Motion to Substitute, filed August 9, 2006

on the above listed entity in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 15, 2006                                                    /s/ Rosita P. San Nicolas
                                                                                         Chief Deputy Clerk