Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Boulevard, Suite 101
Hagatña, Guam 96910
Telephone No.: (671) 475-7448
Facsimile No.: (671) 477-4455
Email Address: WaysonWong@aol.com

Attorney for Plaintiffs

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| SHAUNANNETTE D. WATSON and GEORGE L. WATSON,<br><br>    PLAINTIFFS,<br><br>vs.<br><br>UNITED STATES OF AMERICA, AMERICAN HOME ASSURANCE COMPANY, and DOE DEFENDANTS 1-10,<br><br>    DEFENDANTS. | CIV. NO. 06-00016<br><br>STIPULATION TO EXTEND TIME TO FILE PROPOSED SCHEDULING ORDER AND DISCOVERY PLAN |

### STIPULATION TO EXTEND TIME TO FILE PROPOSED SCHEDULING ORDER AND DISCOVERY PLAN

It is hereby stipulated by and among the parties hereto, through their respective attorneys of record, that the filing deadline of the proposed Scheduling Order and Discovery Plan presently scheduled for August 17, 2006, be moved to August 23, 2006, due to the counsel being unable to meet and confer because of their busy calendars.

ORIGINAL

Dated: Hagatna, Guam, __8.21.06 ʃu__.

_____
Wayson W. S. Wong
Attorney for Plaintiffs

_____
Mikel W. Schwab
Attorney for Defendant United States
of America

Decline to sign, does not
think his client is a party
Terence E. Timblin
Attorney for Defendant American Home
Assurance Company

Stipulation to Extend Time to File Proposed Scheduling Order and Discovery Plan, Watson, et al. v. United States of America, et al., Dis. Ct. of Guam, Civ. No. 06-00016

2

Case 1:06-cv-00016    Document 13    Filed 08/21/2006    Page 2 of 2