ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for UNITED STATES OF AMERICA

FILED
DISTRICT COURT OF GUAM
AUG 23 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| SHAUNANNETTE D. WATSON and GEORGE L. WATSON,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, AMERICAN HOME ASSURANCE COMPANY, and DOE DEFENDANTS 1-10,<br><br>    Defendants. | CIVIL NO. 06-00016<br><br>NOTICE OF "DISAGREEMENT OF SCHEDULING ORDER" |

The parties have disagreed as to the dates in the Scheduling Order in spite of good faith efforts to do so. Plaintiff seeks an accelerated trial date and the United States does not agree. The United States and the Plaintiff will each file separate proposed Scheduling Orders. The proposed Scheduling Order of the United States is hereby attached pursuant to Local Rule 16.2(b).

Respectfully submitted this 23rd day of August 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| SHAUNANNETTE D. WATSON and GEORGE L. WATSON,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, AMERICAN HOME ASSURANCE COMPANY, and DOE DEFENDANTS 1-10,<br><br>    Defendants. | CIVIL NO. 06-00016<br><br>(PROPOSED)<br><br>SCHEDULING ORDER AND DISCOVERY PLAN OF THE UNITED STATES |

Pursuant to Federal Rules of Civil Procedure 16 and 26(f), and Local Rule of Practice 16.1, and General Order No. 05-0011 (page 4, "Contents of the Scheduling Order"), Defendant, United States of America, informs the Court that the parties have not be able to agree upon the dates and therefore, submits its Proposed Scheduling Order and Discovery Plan.

1. **Nature of the Case.** This is a Federal Tort Claims Act against the United States arising out of an automobile accident involving an on-duty federal employee.

2. **Posture of the Case.**

(a) The following motions are on file: **None.**

(b) The following motions have been resolved: **None to date.**

(c) The following discovery has been initiated: **None**.

3. **Motions to Add Parties**. All motions to add parties are due on or before Tuesday, January 9, 2007.

4. **Motions to Amend Pleadings.** All motions to amend pleadings are due on or before Tuesday, January 9, 2007.

5. **Status of Discovery and Discovery Plan**. No discovery has commenced to date.

   **(i)** Initial disclosures shall be made on or before Tuesday, November 14, 2006.

   **(ii)** The parties intend to exchange interrogatories and admissions. Plaintiff intends to call medical witnesses and experts. Defendant will have an economics/financial expert on damages and will depose plaintiff and plaintiff's witnesses.

   **(iii)** Plaintiffs' may depose defendant's witnesses.

   **(iv)** The parties will seek all documents, data, compilations, and tangible things that are in the possession or control of any party and that are in the possession, custody or control of any party, and that may be used to support claims or defenses in this case. Discovery will be by way of interrogatories and requests for documents, estimated to begin in **March of 2007**.

   **(v)** Discovery regarding damages claimed by the Plaintiff will be sought

under Rule 34 by the United States. This Discovery may take place in **August of 2007.**

**(vi)** The United States will seek information about insurance agreements under which any other person or insurance company may be liable to satisfy part or all of Plaintiff's claim.

**(vii)** The disclosures of expert testimony required under Federal Rule of Civil Procedure 26(a)(2) shall be **made not later than Friday, September 7, 2007.** Any designation of rebuttal expert testimony unde Rule 26(a)(2) shall be made **not later than Friday, September 28, 2007.**

**(viii)** The depositions of experts may be scheduled at any time at least 20 days subsequent to the submission of rebuttal reports and the **depositions of said experts shall** be completed **not later than Friday, November 9, 2007.**

6. **Scheduling Conference.** The parties shall appear before the District Court on _____ at 9:30 A.M. in the 3rd Floor Chambers.

7. **Discovery Cutoff.** The discovery cutoff date (defined as the last date to file responses to discovery) shall be **Friday, September 28, 2007.**

8. **Discovery Motions Cutoff.** All discovery motions shall be filed on or before **Friday, September 28, 2007.**

9. **Dispositive Motions Cutoff.** Dispositive motions shall be filed on or before **Friday, October 26, 2007.**

10. **Prospects for Settlement.** There are prospects for settlement on the issue of liability. The issue of damages may benefit from settlement assistance by the Court.

11. **Preliminary Pretrial Conference.** The preliminary pretrial conference shall be held on**, Thursday, January 3, 2008, at 9:00 A.M.**

12. **Pretrial Filings**. The parties' pretrial materials, discovery materials, witness lists, exhibit lists, and designation of discovery responses shall be filed on or before **Thursday, January 10, 2008.**

13. **Proposed Pretrial Order**. The Proposed Pretrial Order shall be filed on or before **Friday, January 11, 2008.**

14. **Final Pretrial Conference**. The final pretrial conference shall be held on **Thursday, January 24, 2008, at 9:00 A.M.**

15. **Trial**. Trial shall commence at **9:00 A.M. on Thursday, February 7, 2008.**

16. **Jury**. This is a trial to the Court. No jury.

17. **Anticipated Trial Time.** It is anticipated that it will take approximately 3 days to try this case.

18. **Identity of Counsel**. The counsel involved in this case are:

    Wayson W.S. Wong
    142 Seaton Blvd., Suite 101
    Hagatna, Guam 96910

Mikel W. Schwab - Assistant U.S. Attorney for the United States
Department of Justice
U.S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, GU 96910

19. **Settlement Conference.** Prospects for settlement are unknown at the present time and the parties are prepared to submit this case to a settlement conference.

20. **Suggestions for Shortening Trial**. The parties will explore stipulations as to undisputed facts and the potential for a separate trial regarding damages.

21. **Issues Affecting Case Management.** The United States believes that jurisdiction is lacking in that Plaintiff filed an Administrative Claim and rejected a award from the government in favor of filing a suit against the insurance company. Now plaintiff asserts that the United States is the appropriate defendant, but the time for filing a complaint has passed.

**SO ORDERED** this _____ day of _____, 2006.

_____
District Court Judge

| | |
|---|---|
| 1 | APPROVED AS TO FORM AND CONTENT: |
| 2 | LEONARDO M. RAPADAS |
|   | United States Attorney |
| 3 | Districts of Guam and NMI |

<br>

MIKEL W. SCHWAB              WAYSON W.S. WONG
Assistant U.S. Attorney           Attorney

DATED: _____       DATED: _____