Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Boulevard, Suite 101
Hagatña, Guam 96910
Telephone No.: (671) 475-7448
Facsimile No.: (671) 477-4455
Email Address: WaysonWong@aol.com

Attorney for Plaintiffs



**FILED**
DISTRICT COURT OF GUAM

AUG 24 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

## IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| SHAUNANNETTE D. WATSON and GEORGE L. WATSON, <br><br> PLAINTIFFS, <br><br> vs. <br><br> UNITED STATES OF AMERICA, AMERICAN HOME ASSURANCE COMPANY, and DOE DEFENDANTS 1-10, <br><br> DEFENDANTS. | CIV. NO. 06-00016 <br><br> CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

I certify that on August 23, 2006, a copy of the Stipulation to Extend Time to File Proposed Scheduling Order and Discovery Plan, was duly served on the following by personal delivery at his last known address.

**ORIGINAL**

Mikel W. Schwab
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortes Ave.
Hagatna, Guam 96910

Attorney for Defendant
United States of America

Dated: Hagatna, Guam, August 23, 2006.

_____
Wayson W. S. Wong
Attorney for Plaintiff