| | |
|---|---|
| 1   Terence E. Timblin, Esq. | |
| 2   **MAHER • YANZA • FLYNN • TIMBLIN, LLP** |  |

```
 1  Terence E. Timblin, Esq.
 2  MAHER • YANZA • FLYNN • TIMBLIN, LLP
    115 Hesler Place, Ground Floor                   FILED
 3  Governor Joseph Flores Building           DISTRICT COURT OF GUAM
    Hagåtña, Guam 96910                             SEP -8 2006
 4  Telephone No.: (671) 477-7059
    Facsimile No.: (671) 472-5487                  MARY L.M. MORAN
 5                                                 CLERK OF COURT
    Attorney for Defendant
 6  AMERICAN HOME ASSURANCE COMPANY
```

## DISTRICT COURT OF GUAM

| | |
|---|---|
| SHAUNANNETTE D. WATSON and GEORGE L. WATSON,<br><br>       Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, AMERICAN HOME ASSURANCE COMPANY and DOE DEFENDANTS 1-10,<br><br>       Defendants. | CIVIL CASE NO. 06-00016<br><br>DEFENDANT AMERICAN HOME ASSURANCE COMPANY'S ANSWER TO COMPLAINT FILED MARCH 12, 2002 IN THE SUPERIOR COURT OF GUAM; CERTIFICATE OF SERVICE |

Defendant AMERICAN HOME ASSURANCE COMPANY ("AHAC"), through counsel, MAHER • YANZA • FLYNN • TIMBLIN, LLP, by Terence E. Timblin, Esq., severing itself from all other Defendants named herein, hereby answers the Complaint in the Superior Court of Guam, Case No. CV0318-02, filed on March 12, 2002, in the above-entitled action, as follows:

1. Defendant AHAC admits the allegations contained in paragraphs 1, 2, 3, 4, 5 and 7 of the Complaint.

1

2. Defendant AHAC denies, generally and specifically, each and every allegation contained in paragraphs 9, 10, 11, 12, 13, 15, 16 and 20 of the Complaint.

3. Defendant AHAC states that it is without knowledge or information sufficient to allow it to formulate a belief as to the truth or veracity of the allegations contained in paragraph 6 of the Complaint and, based thereon, therefore, denies, generally and specifically, the same.

4. In response to paragraph 8 of the Complaint, Defendant AHAC admits that Gary M. Pascoe's vehicle collided with Plaintiff Shaunannette D. Watson's vehicle and denies that he "crashed" his vehicle into her vehicle if Plaintiffs are implying by the use of the term "crashed" that he deliberately struck her vehicle.

5. In response to the reallegations contained in paragraphs 14 and 17 of the Complaint, Defendant AHAC realleges and incorporates herein by this reference its responses to said paragraphs as if more fully set forth herein.

6. In response to paragraphs 18 and 19 of the Complaint, Defendant AHAC admits that a policy of insurance, including liability coverage, was issued by AHAC to Gary M. Pascoe, that the policy was in effect on March 13, 2000, and that pursuant to the terms and conditions of the policy, coverage would be provided. Defendant AHAC denies, generally and specifically, all of the other remaining allegations contained in paragraphs 18 and 19 of the Complaint.

7. In response to paragraph 21 of the Complaint, Defendant AHAC admits only that pursuant to 22 G.C.A. §18305, Plaintiffs are entitled to maintain a direct action against Defendant AHAC within the terms and limits of the policy. Defendant AHAC denies, generally and specifically, all the remaining allegations contained therein.

8. Except as otherwise specifically admitted herein, Defendant AHAC denies, generally and specifically, each and every allegation not otherwise denied in Plaintiffs' Amended Complaint.

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs' Complaint fails to state a claim against Defendant AHAC upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

The Plaintiff SHAUNANNETTE D. WATSON was negligent and careless in and about the matters set forth in the Complaint and her lack of due care and caution caused or contributed to Plaintiffs' alleged injuries and damages, and any damages recovered should be reduced accordingly.

### THIRD AFFIRMATIVE DEFENSE

Plaintiffs have failed to mitigate their damages.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred or should be reduced due to SHAUNANNETTE D. WATSON's comparative negligence.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred or should be reduced due to SHAUNANNETTE D. WATSON's contributory negligence.

## SIXTH AFFIRMATIVE DEFENSE

Defendant AHAC is immune from liability as its named insured, Gary M. Pascoe, is immune from liability pursuant to 28 U.S.C. § 2679.

## SEVENTH AFFIRMATIVE DEFENSE

Defendant AHAC is immune from liability as its purported additional insured, the United States of America, is immune from liability, as Plaintiffs have failed to comply with the Federal Tort Claims Act.

## EIGHTH AFFIRMATIVE DEFENSE

Defendant AHAC reserves the right to assert such further affirmative defenses as may appear as discovery proceeds.

WHEREFORE, Defendant AHAC herein prays for relief as follows:

1. That Plaintiffs take nothing against Defendant AHAC by way of their Complaint;

4

2. That Plaintiffs' Complaint be dismissed with prejudice against Defendant AHAC;

3. That Defendant AHAC be awarded its costs in defending this action; and

4. For such other and further relief as the Court may deem just and proper.

Dated this 8th day of September, 2006.

      **MAHER • YANZA • FLYNN • TIMBLIN, LLP**
      Attorneys for Defendant
      **AMERICAN HOME ASSURANCE COMPANY**

By: _____
      TERENCE E. TIMBLIN, ESQ.

## CERTIFICATE OF SERVICE

I, Terence E. Timblin, hereby certify that on or before September 8, 2006, I caused to be sent by personal service or by facsimile a copy of the annexed **Defendant American Home Assurance Company's Answer to Complaint filed March 12, 2002 in the Superior Court of Guam; Certificate of Service**, to be served upon the parties hereto, by delivering and leaving a copy of same to their attorneys of record as follows:

Wayson W.S. Wong, Esq.
**LAW OFFICES OF WAYSON WONG**
A Professional Corporation
142 Seaton Blvd., Suite 203
Hagåtña, Guam 96910
**Attorneys for Plaintiffs**
**SHAUNANNETTE D. WATSON and GEORGE L. WATSON**

Leonardo M. Rapadas, United States Attorney
Mikel W. Schwab, Assistant United States Attorney
**OFFICE OF THE UNITED STATES ATTORNEY – DISTRICT OF GUAM**
108 Hernan Cortes Avenue, Suite 500
Hagåtña, Guam 96910
**Attorneys for UNITED STATES OF AMERICA**

Dated this 8th day of September, 2006.

**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
Attorneys for Defendant
**AMERICAN HOME ASSURANCE COMPANY**

By: _____
TERENCE E. TIMBLIN, ESQ.