Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Boulevard, Suite 101
Hagatña, Guam 96910
Telephone No.: (671) 475-7448
Facsimile No.: (671) 477-4455
Email Address: WaysonWong@aol.com

Attorney for Plaintiffs



**FILED**
DISTRICT COURT OF GUAM
DEC 18 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| SHAUNANNETTE D. WATSON and GEORGE L. WATSON,<br><br>PLAINTIFFS,<br><br>vs.<br><br>UNITED STATES OF AMERICA, AMERICAN HOME ASSURANCE COMPANY, and DOE DEFENDANTS 1-10,<br><br>DEFENDANTS. | CIV. NO. 06-00016<br><br>PLAINTIFFS' SUPPLEMENTAL INITIAL DISCLOSURES; CERTIFICATE OF SERVICE |

PLAINTIFFS' SUPPLEMENTAL INITIAL DISCLOSURES

Plaintiffs Shaunannette D. Watson and George L. Watson, by and through their attorney, Wayson W. S. Wong, A Professional Corporation, supplement their Initial Disclosures pursuant to Federal Rules of Civil Procedure 26(a)(1)e, by providing the

ORIGINAL

more complete address of therapist Laura Thompson as follows.

14. Laura Thompson, Physical Therapist
    Camden Rehab
    301 E Dekalb St B
    Camden, SC 29020 – 4495
    Tel. No.: (803) 432-2432

Dated: Hagatna, Guam, December __7__, 2006.

                                                  _____
                                                  Wayson W. S. Wong
                                                  Attorney for Plaintiff

2
Case 1:06-cv-00016   Document 19   Filed 12/18/2006   Page 2 of 2