Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Boulevard, Suite 101
Hagatña, Guam 96910
Telephone No.: (671) 475-7448
Facsimile No.: (671) 477-4455
Email Address: WaysonWong@aol.com

Attorney for Plaintiffs



FILED
DISTRICT COURT OF GUAM
DEC 18 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| SHAUNANNETTE D. WATSON and GEORGE L. WATSON,<br><br>　　　　PLAINTIFFS,<br><br>　vs.<br><br>UNITED STATES OF AMERICA, AMERICAN HOME ASSURANCE COMPANY, and DOE DEFENDANTS 1-10,<br><br>　　　　DEFENDANTS. | CIV. NO. 06-00016<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, a copy of Plaintiffs'

Supplemental Initial Disclosure was duly served by United States mail, postage prepaid,

upon the following at his last known address.

    Mikel W. Schwab
    Assistant U.S. Attorney
    Sirena Plaza, Suite 500
    108 Hernan Cortes Ave.
    Hagatna, Guam 96910

Attorney for Defendant United States of America

ORIGINAL

Terence E. Timblin, Esq.
Maher Yanza Flynn Timblin, LLP
115 Hesler Place, Ground Floor
Gov. Joseph Flores Bldg.
Hagatna, Guam 96910

Attorney for Defendants Garry M. Pascoe and
American Home Assurance Company

Dated: Hagatna, Guam, December 7, 2006.

_____
Wayson W. S. Wong
Attorney for Plaintiffs