Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Boulevard, Suite 101
Hagatña, Guam 96910
Telephone No.: (671) 475-7448
Facsimile No.: (671) 477-4455
Email Address: WaysonWong@aol.com

Attorney for Plaintiffs



**FILED**
DISTRICT COURT OF GUAM
DEC 20 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| SHAUNANNETTE D. WATSON and GEORGE L. WATSON, <br><br> PLAINTIFFS, <br><br> vs. <br><br> UNITED STATES OF AMERICA, AMERICAN HOME ASSURANCE COMPANY, and DOE DEFENDANTS 1-10, <br><br> DEFENDANTS. | CIV. NO. 06-00016 <br><br> CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

I certify that on the date indicated below, a copy of the Plaintiffs' Supplemental Initial Disclosures, was duly served by personal delivery on the following at their last known addresses.

Mikel W. Schwab, Esq.    (Personal Delivery on 12/18/06)
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortes Ave.
Hagatna, Guam 96910

Attorney for Defendant
United States of America

Terence E. Timblin, Esq.    (Personal Delivery on 12/19/06)
Maher Yanza Flynn Timblin, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagatna, Guam 96910

Attorney for Defendant American
Home Assurance Company

Dated: Hagatna, Guam, December 20, 2006.

_____
Wayson W. S. Wong
Attorney for Plaintiff