ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
PATRICIA A. GRUEN
Special Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for UNITED STATES OF AMERICA

FILED
DISTRICT COURT OF GUAM
MAR 20 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| SHAUNANNETTE D. WATSON and GEORGE L. WATSON,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, AMERICAN HOME ASSURANCE COMPANY, and DOE DEFENDANTS 1-10,<br><br>Defendants. | CIVIL NO. 06-00016<br><br>DEFENDANT UNITED STATES ANSWER TO COMPLAINT FILED MARCH 12, 2002 IN THE SUPERIOR COURT OF GUAM; CERTIFICATE OF SERVICE |

The Defendant, UNITED STATES OF AMERICA ("USA"), severing itself from all other Defendants named herein, hereby answers the Complaint as filed in the Superior Court of Guam, Case No. CV0318-02, filed on March 12, 2002, in the above-entitle action, as follows:

1. Defendant USA ADMITS the allegations contained in paragraph 1.

2. Defendant USA ADMITS the allegations contained in paragraph 2.

3. Defendant USA ADMITS the allegations contained in paragraph 3.

4. Defendant USA ADMITS the allegations contained in paragraph 4.

5. Defendant USA is without knowledge or information sufficient to neither ADMIT nor DENY the allegations contained in paragraph 5, therefore DENY.

6. Defendant USA is without knowledge or information sufficient to neither ADMIT nor DENY the allegations contained in paragraph 6, therefore DENY.

7. Defendant USA ADMITS the allegations contained in paragraph 7.

8. Defendant USA is without knowledge or information sufficient to neither ADMIT nor DENY the allegations contained in paragraph 8, therefore DENY.

9. Defendant USA is without knowledge or information sufficient to neither ADMIT nor DENY the allegations contained in paragraph 9, therefore DENY.

10. Defendant USA is without knowledge or information sufficient to neither ADMIT nor DENY the allegations contained in paragraph 10, therefore DENY.

11. Defendant USA is without knowledge or information sufficient to neither ADMIT nor DENY the allegations contained in paragraph 11, therefore DENY.

12. Defendant USA is without knowledge or information sufficient to neither ADMIT nor DENY the allegations contained in paragraph 12, therefore DENY.

13. Defendant USA DENIES the allegations contained in paragraph 13.

## SECOND COUNT

14. Defendant USA reiterates its responses contained in paragraphs 1 through 13.

15. Defendant USA is without knowledge or information sufficient to neither ADMIT nor DENY the allegations contained in paragraph 15, therefore DENY.

16. Defendant USA DENIES the allegations contained in paragraph 16.

## THIRD COUNT

17. Defendant USA reiterates its response contained in paragraphs 1 through 16.

18. Defendant USA ADMITS the allegations contained in paragraph 18.

19. Defendant USA is without knowledge or information sufficient to neither ADMIT nor DENY the allegations contained in paragraph 19, therefore DENY.

20. Defendant USA is without knowledge or information sufficient to neither ADMIT nor DENY the allegations contained in paragraph 20, therefore DENY.

21. This paragraph is a legal conclusion which requires no answer. To the extent the answer is required, DENY.

## **FIRST AFFIRMATIVE DEFENSE**

Plaintiffs' Complaint fails to state a claim against Defendant USA upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

The Plaintiff SHAUNANNETTE D. WATSON was negligent and careless in and about the matters set forth in the Complaint and her lack of due care and caution caused or contributed to Plaintiffs' alleged injuries and damages, and any damages recovered should be reduced accordingly.

## THIRD AFFIRMATIVE DEFENSE

Plaintiffs' have failed to mitigate their damages.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred or should be reduced due to SHAUNANNETTE D. WATSON's comparative negligence.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred or should be reduced due to SHAUNANNETTE D. WATSON's contributory negligence.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff is barred from bringing this action against Defendant USA and Defendant USA is immune from liability, as Plaintiffs have failed to comply with the Federal Tort Claims Act in that the Plaintiffs failed to satisfy the six-month statute of limitations per 28 U.S.C. § 2401(b).

## SEVENTH AFFIRMATIVE DEFENSE

Defendant USA reserves the right to assert such further affirmative defenses as may appear as discovery proceeds.

WHEREFORE, Defendant USA herein prays for relief as follows:

1. That Plaintiffs take nothing against Defendant USA by way of their Complaint;
2. That Plaintiffs' Complaint be dismissed with prejudice against Defendant USA; and
3. For such other and further relief as the Court may deem just and proper.

DATED this 19th day of March, 2007.

          LEONARDO M. RAPADAS
          United States Attorney
          Districts of Guam and NMI

By: /s/ PATRICIA A. GRUEN
          PATRICIA A. GRUEN
          Special Assistant U.S. Attorney

          MIKEL W. SCHWAB
          Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that I delivered a copy of this Answer to the following via personal service to the following attorneys of record:

| | |
|---|---|
| Terence Timblin<br>Maher Yanza Flynn Timblin LLP<br>115 Hesler Place, Ground Floor<br>Governor Joseph Flores Building<br>Hagatna, Guam | Wayson W.S. Wong<br>142 Seaton Boulevard<br>Hagatna, Guam |
| Defendant American Home<br>Assurance Co. | Plaintiffs Shaunannette Watson and<br>George L. Watson |

*Frances B Leon Guerrero*

FRANCES B. LEON GUERRERO

Legal Assistant