Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Boulevard, Suite 101
Hagatña, Guam 96910
Telephone No.: (671) 475-7448
Facsimile No.: (671) 477-4455
Email Address: WaysonWong@aol.com

Attorney for Plaintiffs



**FILED**

DISTRICT COURT OF GUAM

MAY 29 2007 *nko*

MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| SHAUNANNETTE D. WATSON and GEORGE L. WATSON, <br><br> PLAINTIFFS, <br><br> vs. <br><br> UNITED STATES OF AMERICA, AMERICAN HOME ASSURANCE COMPANY, and DOE DEFENDANTS 1-10, <br><br> DEFENDANTS. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

CIV. NO. 06-00016

PLAINTIFFS' NOTICE OF
ACCEPTANCE OF OFFER OF
JUDGMENT; OFFER OF JUDGMENT
PURSUANT TO FED.R.CIV.P. RULE 68
BY DEFENDANT UNITED STATES OF
AMERICA; CERTIFICATE OF SERVICE

### PLAINTIFFS' NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

Plaintiffs Shaunannette D. Watson and George L. Watson, by and through their

attorney, Wayson W. S. Wong, Esq., of the Law Offices of Wayson Wong, A

Professional Corporation, give notice they have accepted the Offer of Judgment

Pursuant to Fed.R.Civ.P. Rule 68 by defendant United States of America dated May 18,

2007, served by it on plaintiffs, through their counsel, on that date. The offer of

judgment was for Twenty-Five Thousand Dollars ($25,000), and inclusive of costs and

**ORIGINAL**

fees. A duplicate of the offer of judgment is enclosed with this notice.

Accordingly, pursuant to Rule 68, plaintiffs respectfully request that the Clerk of Court forthwith enter judgment in favor of plaintiffs and against defendant United States of America in the amount of Twenty-Five Thousand Dollars ($25,000), together with interest from the date of the judgment.

Dated: Hagatna, Guam, May 28, 2007.

Wayson W. S. Wong
Wayson W. S. Wong
Attorney for Plaintiffs

R  b 1/0/07
9:23pm
F. Watson (G)

Nota:
PTL calendar
10 days

1   LEONARDO M. RAPADAS
    United States Attorney
2   MIKEL W. SCHWAB
    Assistant U.S. Attorney
3   KRISTIN D. ST. PETER
    Special Assistant U.S. Attorney
4   Sirena Plaza, Suite 500
    108 Hernan Cortez Avenue
5   Hagatna, Guam  96910
    Tel:  (671) 472-7332
6   Fax: (671) 472-7215

7   Attorneys for UNITED STATES OF AMERICA

8

9                 IN THE UNITED STATES DISTRICT COURT

10                    FOR THE DISTRICT OF GUAM

11

12
    SHAUNANNETTE D. WATSON and          )   CIVIL NO. 06-00016
13  GEORGE L. WATSON,                   )
                                        )
14               Plaintiffs,            )
         vs.                            )
15                                      )
    UNITED STATES OF AMERICA,           )   OFFER OF JUDGMENT PURSUANT
16  AMERICAN HOME ASSURANCE             )   TO FED.R.CIV.P.  RULE 68
    COMPANY, and                        )
17  DOE DEFENDANTS 1-10,                )
                                        )
18               Defendants.            )
                                        )
19  ────────────────────────────────────

20

21        This is an offer of Judgment for Twenty-Five Thousand  Dollars  ($25,000.00)

22  pursuant to Federal Rules of Civil Procedure, Rule 68.  This offer is inclusive of costs and

23  fees, and is not an admission of liability.  If within ten (10 ) days after the service of this

24  offer you accept, either party may then file this offer and notice of acceptance together

25  with proof of service thereof and there upon the clerk shall enter judgment.  Should you

26  //

27  //

28  //

fail to accept this offer and fail to gain a final judgment against this defendant in excess of Twenty-Five Thousand Dollars ($25,000.00) you must pay all costs incurred after the date of this offer.

SO SUBMITTED this _18th_ day of the month of May 2007.

LEONARDO M. RAPADAS
United States Attorney
District of Guam and NMI

BY: _____

MIKEL W. SCHWAB
Assistant U.S. Attorney

KRISTIN D. ST. PETER
Special Assistant U.S. Attorney

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| SHAUNANNETTE D. WATSON and GEORGE L. WATSON, | ) CIV. NO. 06-00016 ) ) CERTIFICATE OF SERVICE |
| PLAINTIFFS, | ) ) ) |
| vs. | ) ) |
| UNITED STATES OF AMERICA, AMERICAN HOME ASSURANCE COMPANY, and DOE DEFENDANTS 1-10, | ) ) ) ) ) |
| DEFENDANTS. | ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, copies of the foregoing

documents were duly served by U.S. mail, postage prepaid, and/or by fax delivery as

indicated, on the following at their last known addresses.

Mikel W. Schwab, Esq.          (Fax Delivery & Mail)
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortes Ave.
Hagatna, Guam  96910

Attorney for Defendant United States of America

Terence E. Timblin, Esq.          (Mail)
Maher Yanza Flynn Timblin, LLP
115 Hesler Place, Ground Floor
Gov. Joseph Flores Bldg.
Hagatna, Guam  96910

Attorney for Defendant American Home Assur. Co.

Dated:  Hagatna, Guam, May 28, 2007.

Wayson W. S. Wong
Wayson W. S. Wong
Attorney for Plaintiff