# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| Shaunannette D. Watson and George L. Watson, <br><br> Plaintiffs, <br><br> vs. <br><br> United States of America, et al., <br><br> Defendants. | Civil Case No. 1:06-cv-00016 <br><br><br> **J U D G M E N T** |

    Judgment is hereby entered against the United States of America in accordance with the Notice of Acceptance of Offer of Judgment; Offer of Judgment Pursuant to Fed.R.Civ.P. Rule 68, filed on May 29, 2007.

    Dated this 12th day of June, 2007, Hagatna, Guam.

                                                                      **/s/ Mary L.M. Moran**
                                                                         Clerk of Court