Terence E. Timblin, Esq.
MAHER • YANZA • FLYNN • TIMBLIN, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendant
AMERICAN HOME ASSURANCE COMPANY

FILED
DISTRICT COURT OF GUAM
JUN 29 2007
MARY L.M. MORAN
CLERK OF COURT

RECEIVED
JUN 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

# DISTRICT COURT OF GUAM

| | |
|---|---|
| SHAUNANNETTE D. WATSON and GEORGE L. WATSON, | CIVIL CASE NO. 06-00016 |
| Plaintiffs, | |
| vs. | STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE AS TO DEFENDANT AMERICAN HOME ASSURANCE COMPANY |
| UNITED STATES OF AMERICA, AMERICAN HOME ASSURANCE COMPANY and DOE DEFENDANTS 1-10, | |
| Defendants. | |

COMES NOW Plaintiffs, SHAUNANNETTE D. WATSON and GEORGE L. WATSON, through counsel Wayson W.S. Wong, Esq., the Defendant UNITED STATES OF AMERICA, through counsel, OFFICE OF THE UNITED STATES ATTORNEY, by Mikel W. Schwab, Assistant United States Attorney, and the Defendant AMERICAN HOME ASSURANCE COMPANY ("AMERICAN HOME"), through counsel, MAHER • YANZA • FLYNN • TIMBLIN, LLP, by Terence E. Timblin,

Esq., and hereby stipulate and agree that Plaintiffs SHAUNANNETTE D. WATSON and GEORGE L. WATSON's claims as to Defendant AMERICAN HOME shall be dismissed with prejudice, pursuant to Rule 41(a)(1)(ii) of Federal Rules of Civil Procedure, the parties herein to bear their own costs.

DATED: June 26, 2007

LAW OFFICES OF WAYSON W.S. WONG
Attorney for Plaintiffs SHAUNANNETTE D. WATSON and GEORGE L. WATSON

By _____
WAYSON W.S. WONG, ESQ.

DATED: June 28, 2007

LEONARDO M. RAPADAS
UNITED STATES ATTORNEY
DISTRICTS OF GUAM AND NMI
Attorney for Defendant
UNITED STATES OF AMERICA

By _____
KRISTIN D. ST. PETER, SPECIAL
ASSISTANT U.S. ATTORNEY

MIKEL W. SCHWAB, ASSISTANT
U.S. ATTORNEY

MAHER•YANZA • FLYNN • TIMBLIN, LLP
Attorney for Defendant AMERICAN HOME ASSURANCE COMPANY

DATED: 6/26/07

By _____
TERENCE E. TIMBLIN, ESQ.

2