Terence E. Timblin, Esq.
MAHER • YANZA • FLYNN • TIMBLIN, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorney for Defendant
AMERICAN HOME ASSURANCE COMPANY

# DISTRICT COURT OF GUAM

| | |
|---|---|
| SHAUNANNETTE D. WATSON and GEORGE L. WATSON,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>UNITED STATES OF AMERICA, AMERICAN HOME ASSURANCE COMPANY and DOE DEFENDANTS 1-10,<br><br>　　　　Defendants. | CIVIL CASE NO. 06-00016<br><br>ORDER FOR PARTIAL DISMISSAL OF ACTION, WITH PREJUDICE, AS TO DEFENDANT AMERICAN HOME ASSURANCE COMPANY |

Pursuant to the Stipulation for Partial Dismissal of Action, with Prejudice, as to Defendant AMERICAN HOME ASSURANCE COMPANY ("AMERICAN HOME"), executed by the parties to this action and filed herein on June 29, 2007, this Court hereby ORDERS a partial dismissal of the above-entitled action, with prejudice, as to Defendant AMERICAN HOME, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereto to bear their own costs.

**SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
　Chief Judge
Dated: Jul 11, 2007

1