Wayson W. S. Wong, Esq.
Law Offices of Wayson Wong
142 Seaton Boulevard, Suite 101
Hagatña, Guam 96910
Telephone No.: (671) 475-7448
Facsimile No.: (671) 477-4455
Email Address: WaysonWong@aol.com

Attorney for Plaintiffs

**FILED**
DISTRICT COURT OF GUAM

NOV - 7 2007

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| SHAUNANNETTE D. WATSON and GEORGE L. WATSON,<br><br>PLAINTIFFS,<br><br>vs.<br><br>UNITED STATES OF AMERICA, AMERICAN HOME ASSURANCE COMPANY, and DOE DEFENDANTS 1-10,<br><br>DEFENDANTS. | CIV. NO. 06-00016<br><br>PLAINTIFFS' NOTICE OF DISMISSAL; CERTIFICATE OF SERVICE |

## PLAINTIFFS' NOTICE OF DISMISSAL

Plaintiffs Shaunannette D. Watson and George L. Watson, by and through their attorney, Wayson W. S. Wong, Esq., of the Law Offices of Wayson Wong, A Professional Corporation, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, give notice of their dismissal with prejudice of all of their claims against Doe Defendants 1-10 in this case.

Dated: Hagatna, Guam, November 7, 2007.

Wayson W. S. Wong
Attorney for Plaintiff

ORIGINAL

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| SHAUNANNETTE D. WATSON and GEORGE L. WATSON,<br><br>      PLAINTIFFS,<br><br>vs.<br><br>UNITED STATES OF AMERICA, AMERICAN HOME ASSURANCE COMPANY, and DOE DEFENDANTS 1-10,<br><br>      DEFENDANTS. | ) CIV. NO. 06-00016<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I certify that on the date indicated below, a copy of the foregoing document, was duly served by U.S. mail, postage prepaid, on the following at their last known addresses.

      Mikel W. Schwab, Esq.
      Assistant U.S. Attorney
      Sirena Plaza, Suite 500
      108 Hernan Cortes Ave.
      Hagatna, Guam 96910

      Attorney for Defendant
      United States of America

Terence E. Timblin, Esq.
Maher Yanza Flynn Timblin, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagatna, Guam 96910

Attorney for Defendant American
Home Assurance Company

Dated: Hagatna, Guam, November 7, 2007.

_____
Wayson W. S. Wong
Attorney for Plaintiffs