DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| Shaunanette D. Wilson and George L. Watson, | Civil Case No. 1:06-cv-00016 |
| Plaintiffs, | |
| vs. | **FINAL JUDGMENT** |
| United States of America, et al., | |
| Defendants. | |

Judgment is hereby entered in accordance with the following:

1) Notice of Acceptance with Offer of Judgment filed May 29, 2007;
2) Stipulation for Partial Dismissal With Prejudice as to American Home Assurance Company filed June 29, 2007; and
3) Notice of Dismissal filed November 7, 2007.

Dated this 8th day of Novmeber, 2007, Hagatna, Guam.

**/s/ Jeanne G. Quinata**
Clerk of Court