## DISTRICT COURT OF GUAM

4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam  96910
671-473-9100

Shaunannette D. Watson and
George L. Watson,

      Plaintiffs,

vs.

United States of America, et al,

      Defendants.

Case No. 1:06-cv-00016

# NOTICE OF ENTRY OF FINAL JUDGMENT

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following judgment:

*Final Judgment filed November 8, 2007*
*Date of Entry:  November 8, 2007*

The original judgment is on file at the Clerk's Office of this court.  The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee.  Information on the PACER system can be found on the court's web page:  **www.gud.uscourts.gov**

**Date:** November 8, 2007

Clerk of Court
**/s/ Jeanne G. Quinata**